**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
DEC 1 0 2018
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Edward Junod                Plaintiff(s)            )
                                                    )
                            vs.                     )
                                                    )
CPS of oneida County NY                             )
                            Defendant(s)            )
                                                    )

Civil Case No.:
5:18-CV-1424 (DNH/ATB)

**CIVIL**
**RIGHTS**
**COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by:  ◯ JURY    ◯ COURT    (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.  This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2.  Plaintiff: _Edward Junod_

    Address: _425 Richfield Blvd_

    _Matty Dale NY_

    _13211_

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: _Child Protective Services_

        Official Position: _Supervisor_

        Address: _____

        _____

        _____

b.    Defendant: _____

Official Position: _____

Address: _____

_____

_____

c.    Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

acussed me of Kidnapping
and Not having my Child
enrolled in School.

5.                                CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

_____

_____

_____

_____

### SECOND CAUSE OF ACTION

_____

_____

_____

_____

### THIRD CAUSE OF ACTION

_____

_____

_____

_____

6.    **PRAYER FOR RELIEF**

**WHEREFORE**, plaintiff(s) request(s) that this Court grant the following relief:

Justice  freedom  Rights

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12 - 10 - 2018

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Edward Juncal **Plaintiff(s)** | ) ) ) | Civil Case No.: 5:18-cv-1424 (DNH/ATB) |
| vs. | ) ) | **CIVIL RIGHTS** |
| Angela Bareford **Defendant(s)** | ) ) ) ) | **COMPLAINT PURSUANT TO 42 U.S.C. § 1983** |

Plaintiff(s) demand(s) a trial by: ◯ JURY   ◯ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1.   This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2.   Plaintiff: Edward A Juncal

Address: 425 Richfield Blvd

Mattydale NY

13211

Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant: Angela Bareford

Official Position: Mother Of J.J. (Redacted)

Address: 5285 Se 38th Street

Ocala Fl.

34480

b.    Defendant:    _____

Official Position:    _____

Address:    _____

_____

_____

c.    Defendant:    _____

Official Position:    _____

Address:    _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Acussed of Kidnapping child from a womens Doc and that my child 8 resides with her

5.                              CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.


### FIRST CAUSE OF ACTION

_____

_____

_____

_____

_____


### SECOND CAUSE OF ACTION

_____

_____

_____

_____

_____


### THIRD CAUSE OF ACTION

_____

_____

_____

_____

_____

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

freedom   Rights

I declare under penalty of perjury that the foregoing is true and correct.

DATED: /2 - /0 -20/8

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Emergency

_Edward Jwett_ Plaintiff(s)

vs.

_Clerk of onadaga Count NY_

Defendant(s)

Civil Case No.:

BIVENS  5:18-CV-1424(DNH/ATB)
ACTION

---

Plaintiff(s) demand(s) a trial by: ____ JURY ____ COURT  (Select only one).

---

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

### PARTIES

2. a. Plaintiff: _Edward L Jwood_

   Address: _425 Richfield Blvd_

   _Mattydale NY_

   _13211_

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: _____

   Official Position: _Clerk of onadaga_

   Address: _____

   _____

   _____

b.    Defendant:            _____

Official Position:    _____

Address:        _____

_____

_____

c.    Defendant:            _____

Official Position:    _____

Address:        _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

Note:  **You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Accused of Kidnapping

5.                    CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

FIRST CAUSE OF ACTION

SECOND CAUSE OF ACTION

THIRD CAUSE OF ACTION

6. **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Freedom & Rights

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12 - 10 - 2018

Signature of Plaintiff(s)
(all Plaintiffs must sign)

*Emergency*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

Edward Juned Plaintiff(s)          )
                                   )
                                   )
                                   )
          vs.                      )
                                   )
Clerk of David Ellspemann          )
Marion County Fl.    Defendant(s)  )

Civil Case No.: 5:18-cv-1424 (ONH/ATB)

**COMPLAINT PURSUANT**
**TO THE AMERICANS**
**WITH DISABILITIES ACT**

Plaintiff(s) demand(s) a trial by: _____ JURY _____ COURT    (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

### PARTIES

2. a. Plaintiff: Edward Juned

   Address: 425 Rich field

   Matty dale NY

   13211

   b. Plaintiff: _____

   Address: _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: *Clerk of marion County/A*

Official Position: *David EllspermaNN*

Address: _____

_____

_____

b.  Defendant: _____

Official Position: _____

Address: _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.  My disability is as follows:

_____

_____

_____

_____

_____

_____

_____

_____

5.    The conduct complained of in this action involves:
(Check all that apply)

(A) _____ Failure to employ.

(B) _____ Termination of employment.

(C) _____ Denial of participation in public service or program.

(D) _____ Failure to make alterations to accommodate disability.

(E) _____ Retaliation.

(G) _____ Other acts as specified below:

_____

_____

_____

6.                    **FACTS**

On the following page, set forth the facts of your case which substantiate your claim of discrimination. List the events in the order they happened, naming defendants involved, dates and places.

Note: Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

You may use additional sheets as necessary.

accusing me of Kidnapping

7.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

Rights    Freedom

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12- 10 - 2018

Signature of Plaintiff(s)
(all Plaintiffs must sign)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Edward Twood _____ Plaintiff(s)  )
                                   )
              vs.                  )
                                   )
Pasco Court Fl                     )
Clerk of Court _____ Defendant(s)  )
                                   )

Civil Case No.: 5:18-cv-1424 (DNH/ATB)

**COMPLAINT FOR
EMPLOYMENT
DISCRIMINATION
BASED UPON AGE**

---

Plaintiff(s) demand(s) a trial by: _____ JURY _____ COURT  (Select **only** one).

---

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1.  Jurisdiction is conferred on this court pursuant to 29 U.S.C. §§ 626(c)(1). If the plaintiff is a **federal** employee, jurisdiction is conferred on this court pursuant to 29 U.S.C. § 633a(c).

## PARTIES

2. a.  Plaintiff: Edward L. Twood

   Address: 425 Richfield Blvd

   Mattyday NY

   13211

Defendant b. Plaintiff: Clerk of Court Pasco County

   Address: Florida

---

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant: _____

        Official Position: _____

        Address: _____

        _____

        _____

    b.  Defendant: _____

        Official Position: _____

        Address: _____

        _____

        _____

    Additional Defendants may be added on a separate sheet of paper.

4.  This action is brought pursuant to the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621-634(b), as amended, for employment discrimination based on age.

5.  Venue is invoked pursuant to 28 U.S.C. § 1391.

6.  The conduct complained of in this action involves:

    (A)  _____  Failure to employ

    (B)  _____  Termination of employment

    (C)  _____  Failure to promote

    (D)  _____  Unequal terms and conditions of employment

    (E)  _____  Reduction in wages

    (F)  _____  Retaliation

    (G)  _____  Other acts as specified below:

    _____

    _____

## FACTS

7.    Set forth the facts of your case which substantiate your claim of discrimination. List the events in the order they happened, naming defendants involved, dates and places.

Note:  Each fact should be stated in a separate paragraph; paragraphs should be numbered sequentially.

You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.

The facts surrounding my claim of discrimination are:

Clerk would Not Let me
file Case oN oct 15 2018
I asked 5 times, She Said
That they will send Notice to go home
I told her I Live in NY
Not florida, She did Not Care

8.    (a)    My date of birth is: ___Red'cd___ - _1965_ , ___.

(b)    My age at the time of the alleged discriminatory act was: _53_.

9.    I filed charges with the New York State Division on Human Rights or the New York City Commission on Human Rights regarding the alleged discriminatory acts on or about:

_____, 20 ____
(Date)

10.    I filed a Notice of Intent with the Equal Employment Opportunity Commission on or about:

_____, 20 ____
(Date)

11.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

_____ , 20 _____
(Date)

12.    The plaintiff is an employee within the meaning of 29 U.S.C. § 630(f).

13.    The plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

14.    The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 29 U.S.C. § 630(b) (c) and (d).

15.    The defendant(s) is (are) engaged in commerce within the meaning of 29 U.S.C. § 630(h).

16.    In accordance with 29 U.S.C. § 626(d) and § 633(b), more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the New York State Division of Human Rights, the New York City Commission on Human Rights or the Equal Employment Opportunity Commission.

17.    If plaintiff is a **federal** employee and has not filed a complaint with the Equal Employment Opportunity Commission, in accordance with 29 U.S.C. § 633a(d) a thirty (30) day Notice of Intent to File this action must been given to the Equal Employment Opportunity Commission before an action may be brought in this Court.

18.    **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Housing Freedom Protection
_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12-10-2018

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Emergency

Edward L Juwal                          )
                        Plaintiff(s)    )
                                        )
              vs.                       )
                                        )
Florida Department                      )
Of Revenue              Defendant(s)    )

Civil Case No.: 5:18-CV-1424 (DNH/ATB)

CIVIL COMPLAINT
PURSUANT TO
TITLE VII OF THE
CIVIL RIGHTS ACT,
AS AMENDED

Plaintiff(s) demand(s) a trial by: _____ JURY _____ COURT   (Select only one).

### JURISDICTION

1. Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

### PARTIES

2. Plaintiff: Edward L Juwal

   Address: 425 Rich field Blvd

   Mattydale NY

   13211

Additional Plaintiffs may be added on a separate sheet of paper.

3. a.   Defendant: Florida Dept Revenue Tallhassee

        Official Position: _____

        Address: _____

b.    Defendant:        _____

      Official Position:    _____

      Address:        _____

                _____

                _____

4.    This action is brought pursuant to:

_____    Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e *et seq.*, and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

_____    Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5.    Venue is invoked pursuant to 28 U.S.C. s 1391.

6.    Defendant's conduct is discriminatory with respect to the following (check all that apply):

      (A)    _____    My race or color.
      (B)    _____    My religion.
      (C)    __X__    My sex (or sexual harassment).
      (D)    _____    My national origin.
      (E)    _____    My pregnancy.
      (F)    _____    Other: _____

7.    The conduct complained of in this action involves:

      (A)    _____    Failure to employ.
      (B)    _____    Termination of employment.
      (C)    _____    Failure to promote.
      (D)    _____    Unequal terms and conditions of employment.
      (E)    _____    Reduction in wages.
      (F)    _____    Retaliation.
      (G)    _____    Other acts as specified below:

                _____

                _____

8.                                    **FACTS**

Set forth the facts of your case which substantiate your claims.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.  (You may use additional sheets as necessary).**

I comply and pay my childsupport it gets redirected to other account that should not exist.

9.                              **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

## SECOND CAUSE OF ACTION

_____

_____

_____

_____

_____

## THIRD CAUSE OF ACTION

_____

_____

_____

_____

_____

10.  I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

_____
(Provide Date)

11.  The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter **(copy attached)** which was received by me on or about:

_____
(Provide Date)

12.  The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13.  The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14.  The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15.    **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

freedom    Rights

_____

_____

_____

. I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12 - 10 - 2018

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

6.    **PRAYER FOR RELIEF**

WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

emergency Housing - Transportation, freedom federal portection

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Dec 10 2018

Edward Lee Junod

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

5:18-CV-1424 (DNH/ATB)

Edward Junod (Plaintiff(s)    )
                                            )
                                            )
          vs.                              )
                                            )
Child Support enforcement    )
Act: of USA    Defendant(s)    )

Civil Case No.:    Emergency

CIVIL
RIGHTS
COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ____ JURY ____ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Edward Lee Junod

   Address: 425 Richfield Blvd
   Mattydale            NY
                13211

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: Child Support enforcement act of USA

   Official Position: _____

   Address: _____

   _____

   _____

5.                    CAUSES OF ACTION    -

Note: You must clearly state each cause of action you assert in this lawsuit.

## FIRST CAUSE OF ACTION

Civil Rights Freedom
Lost of employment

## SECOND CAUSE OF ACTION

## THIRD CAUSE OF ACTION

b.    Defendant:            State of Florida

Official Position:    _____

Address:             _____

                     _____

                     _____

c.    Defendant:            State of New York

Official Position:    _____

Address:             _____

                     _____

                     _____

Additional Defendants may be added on a separate sheet of paper.

4.                            **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint. (You may use additional sheets as necessary).**

_____

_____

_____

_____

_____

_____

_____

## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF NEW YORK

Form 1A.        Notice of Lawsuit and Request for Waiver of Service of Summons

To: (A) _____

[as (B) _____ of (c) _____ ]

       A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) <u>Northern District of New York</u> and assigned docket number
(E) _____ CV _____.

       This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) _____ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

       If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. the action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before <u>60</u> days from the date designated below (or before 90 days from that date if your address is not in any judicial district of the United States).

       If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth on the reverse side (or at the foot) of the waiver form.

       I affirm that this request is being sent to you on behalf of the plaintiff, this _10_ day of
December _____ 20_18_.

_____
Signature of Plaintiff's Attorney or Unrepresented Plaintiff

NOTES:

A - Name of individual defendant (or name of officer or agent of corporate defendant)
B - Title, or other relationship of individual to corporate defendant
C - Name of corporate defendant, if any
D - District
E - Docket number of action
F - Addressee must be given at least thirty (30) days (Sixty (60) days if located in foreign country) in which to return waiver

COPY ONLY FORM "C"
Form 1A

*Exibit 1*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

_____Tampa__ Division

Case No. **8:18 cv 2547 T 33 AEp**

*(to be filled in by the Clerk's Office)*

*Edward  Junod*

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v- CSA

*State of Florida*

*Clerk of Paso county*

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☐ No

*Emergency*

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *Edward Junod* |
| Street Address | *425 Richfield Blvd* |
| City and County | *Mattydale   Onadaga* |
| State and Zip Code | *NY   13211* |
| Telephone Number | *315 991 6264* |
| E-mail Address | *Edward Junot@Gmail.Con* |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name     *Child support* State of florida Disbusment

Job or Title *(if known)*

Street Address

City and County     Po to Tallahassee *Fl*

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name     Pasco Co *Clerk of* Court Chid support

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name     Pasco County Child enforcemen

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights for Children with Disabilities

Child support has been Taken away

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* Edward Juncod , is a citizen of the State of *(name)* New York .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* ~~State of Florida~~ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____

   _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.    If the defendant is a corporation

The defendant, *(name)* State of Florida *Child support enforcement* , is incorporated under

the laws of the State of *(name)* Florida , and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I have complied with Florida Child Support I'm current on my payments, They took my Payments and Diverted them They erased $20,000.00 of child Support

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Federal Protection from State of Florida Child support Disbursm Federal Protection from clerks office of Pasco Co. Injunction on Fl motor vehicle to clear my license of all Holds and Suspension for Ch.ld

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     10-16-2015

Signature of Plaintiff

Printed Name of Plaintiff     Edward Jurod

### B.      For Attorneys

Date of signing: _____

Signature of Attorney     _____
Printed Name of Attorney     _____
Bar Number     _____
Name of Law Firm     _____
Street Address     _____
State and Zip Code     _____
Telephone Number     _____
E-mail Address     _____

Exhibit 2

001645

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PASCO COUNTY
JUVENILE DIVISION

CJC10-02480DPAWS-08

*In the Interest of:*



Children.

**EX PARTE ORDER REUNIFYING WITH POST-PLACEMENT SUPERVISION**

**(as to the child, J▟▟▟▟▟▟▟ to the father, Edward Junod)**

This cause came on to be heard on August 19, 2011, at which time the Court granted discretion to the Department to reunify with the father. The Court, having heard testimony and argument and being otherwise fully informed in the premises, it is hereby

ORDERED AND ADJUDGED that

1.    The above-named child, ▟▟▟▟▟▟ D. JUNOD, shall be returned to the custody of the father, Edward Junod, effective October 25, 2011.

2.    Protective Services supervision shall continue for a period of not less than six (6) months.

3.    All other conditions and responsibilities previously imposed shall remain in full force and effect.

DONE AND ORDERED in Pasco County, Florida, this 28th day of October, 2011.

_____
CIRCUIT JUDGE

cc:    Angela Wright, Esq.
       Linda Clark, Esq.
       Larry Cangro, Esq.
       Department and/or its contracted community-based care provider
       Guardian Ad Litem
       Jennifer Barbookles, Assistant State Attorney                JB:1026nh11



CS-EF91
R. 02/06

Child Support Enforcement

## Written Agreement For Past Due Support

Court Case Number: 100003360DR                    CSE Case Number: 1248154223

The Florida Department of Revenue (DOR) on behalf of BAREFORD ANGELA CRYSTAL, the custodial parent, and JUNOD EDWARD LEE, the obligor, in PASCO county, court case number 100003360DR, agree as follows:

1. DOR sent notification on  to the obligor that it would (check one):

   ☐   take further enforcement action

   ☒   suspend or deny the obligor's driver license/motor vehicle registration

   ☐   suspend or deny the obligor's business/professional/recreational license or certification

   ☐   suspend or deny the obligor's vessel registration

   ☐   suspend or revoke the obligor's passport

   ☐   report the obligor's past due balance to consumer reporting agencies

   ☐   place a lien on the obligor's personal property

2. The obligor is $ 0.00 delinquent as of 10/21/2013, and owes a total past due balance of $ 5043.32 as of 10/21/2013, according to Clerk of Court records.

3. The obligor agrees to make lump sum payment(s) by the following date(s):

4. The obligor's new periodic support obligation consists of:
   $0.00 per Monthly in ordered periodic support,
   plus an additional
   $24.00 per Monthly towards the past due balance.
   The first payment is due on 11/15/2013.

   When current support is no longer due, the obligor will pay: $0.00 per  towards any unpaid balance until all unpaid support is satisfied.

5. All payments shall be made payable to the State of Florida Disbursement Unit, and shall be mailed to:
   State of Florida Disbursement Unit
   PO Box 8500
   Tallahassee, FL 32314-8500

The court case number 100003360DR shall be indicated on each payment. No credit for payment will be given for any payment not made payable to the State of Florida Disbursement Unit. No credit for payment will be given for any payment given directly to the custodial parent, caretaker relative or child(ren).



**DEPARTMENT
OF REVENUE**

Child Support Enforcement

## Written Agreement For Past Due Support

CS-EF91
R. 02/06

Court Case Number: 100003360DR          CSE Case Number: 1248154223

The Florida Department of Revenue (DOR) on behalf of BAREFORD ANGELA CRYSTAL, the custodial parent, and JUNOD EDWARD LEE, the obligor, in PASCO county, court case number 100003360DR, agree as follows:

1. DOR sent notification on to the obligor that it would (check one):

   ☐ take further enforcement action

   ☒ suspend or deny the obligor's driver license/motor vehicle registration

   ☐ suspend or deny the obligor's business/professional/recreational license or certification

   ☐ suspend or deny the obligor's vessel registration

   ☐ suspend or revoke the obligor's passport

   ☐ report the obligor's past due balance to consumer reporting agencies

   ☐ place a lien on the obligor's personal property

2. The obligor is $ 0.00 delinquent as of 10/21/2013, and owes a total past due balance of $ 5043.32 as of 10/21/2013, according to Clerk of Court records.

3. The obligor agrees to make lump sum payment(s) by the following date(s):

4. The obligor's new periodic support obligation consists of:
   $0.00 per Monthly in ordered periodic support,
   plus an additional
   $24.00 per Monthly towards the past due balance.
   The first payment is due on 11/15/2013.

   When current support is no longer due, the obligor will pay: $0.00 per towards any unpaid balance until all unpaid support is satisfied.

5. All payments shall be made payable to the State of Florida Disbursement Unit, and shall be mailed to:
   State of Florida Disbursement Unit
   PO Box 8500
   Tallahassee, FL 32314-8500

   The court case number 100003360DR shall be indicated on each payment. No credit for payment will be given for any payment not made payable to the State of Florida Disbursement Unit. No credit for payment will be given for any payment given directly to the custodial parent, caretaker relative or child(ren).

CS-EF91
R. 02/06

12. This agreement is binding on the parties and may be entered into evidence in a court of competent jurisdiction. In addition to the terms and conditions of this agreement, the underlying support order remains in full force and effect.

I execute this agreement freely and voluntarily with full knowledge of its contents. I am not under the influence of any alcoholic beverage, drug or medicine at the time of the signing of this agreement, and am not suffering from any mental problems that could affect my understanding of this agreement.

_Edward Lee Junood_      _10-21- 2013_
Obligor                  Date

_____      _10-21-17_
DOR Representative           Date

Witnessed in the presence of ___COMPLIANCE___ this _21_ day of _October_ , 2013.

_Catherine Reed_
Witness Signature

CS-EF91
R. 02/06

6. Check if applicable:

☐     The obligor understands that DOR will notify the current employer or any subsequent employer of this written agreement and request that the employer deduct the amounts in accordance with this written agreement. Until the employer begins deducting payments, it is the obligor's responsibility to make all payments. Any monies and/or property given directly to the custodial parent, dependent child(ren), creditors, or anyone else in support of the child(ren) are considered to be gifts and do not offset any support obligation.

7. The obligor is employed at:

<u>N/A</u>

8. If the obligor receives unemployment compensation benefits, the payor shall withhold and transmit to DOR <u>40</u> % of the benefits for payment of support, not to exceed the amount owed.

9. The obligor must notify the DOR local office and the Clerk of the Court at the addresses below, within 7 days, of any change in address, income, or employment.

| DOR Local Office Address | Clerk of Court Address |
|---|---|
| 5050 West Tennessee Street<br>Building L<br>Tallahassee, FL 32399-0195 | PO BOX 338<br>NEW PORT RICHEY FL 34656-0338<br>Clerk of Court Address |

10. Obligor understands DOR may pursue other enforcement actions as appropriate.

11. DOR will not take the enforcement action in paragraph 1 as long as the obligor complies with the terms of this agreement. If the obligor fails to comply with this written agreement, DOR will resume the enforcement action without further notice, unless the past due amount is paid in full, enforcement is contrary to law, or a subsequent agreement is made between the obligor and DOR. If DOR resumes this enforcement action, the obligor waives the right to further notice or a hearing concerning the enforcement action. For a contempt of court action or suspension of the obligor's vessel registration, recreational, or business/professional license or certification, DOR will request the court set a hearing on the matter.



**FLORIDA**

**DEPARTMENT OF REVENUE**

CS-EF55
R. 09/01/09

Child Support Enforcement

## Notice of Intent to Suspend Driver's License and Motor Vehicle Registration(s) for Nonpayment of Support

EDWARD LEE JUNOD
1581 LARKIN RD
SPRING HILL FL  34608-6451

If your address has changed, provide new address here:

October 08, 2013
CSE Case Number: 1248154223
Depository Number: 10003360DR51

1. Suspending your driver's license. We plan to tell the Department of Highway Safety and Motor Vehicles to suspend your driver's license and the registration of all motor vehicles you own because:.
   - You are $1,374.00 behind in your support payments as of the date of this notice.
   - The support order we are enforcing requires you to pay $24.00 monthly.

2. You have 20 days from the date of this notice to:
   - Pay the amount you are behind in full;
   - Sign a written agreement to pay the amount you are behind; or
   - Contest this action by filing a petition in circuit court.

3. Enter into a written agreement. If you enter into a written agreement:
   - We will not suspend your license as long as you pay as agreed.
   - We will suspend your license if you do not pay as agreed without further notice to you.

   In making the written agreement we will consider your current situation and ability to pay.
   To enter into a written agreement contact us at:
   Child Support Enforcement
   6709 Ridge Rd Ste 200
   Port Richey FL 34668-6883

4. You can contest this action if:
   - You are not the person who owes support.
   - You are not late in your payments.
   - You have no ability to make payments.

Page 1 of 2



010130002314011328110029952

```
02/20/2018                    PASCO COUNTY                      Page 1
casehist
              F A M I L Y   L A W   C A S E   H I S T O R Y

   Case Number: 11-0006505-DR         Start Date: 10/12/2011
   Judge: DIVISON N2 - WEST SIDE CASE  Uresa Number:

   ========= Respondent ======== (NC)   ========= Petitioner ======== (C)
   JUNOD, EDWARD L.                    ST.GERMAIN, MARY
   5088 ODIN ST                       12812 FIRST ISLE

   SPRING HILL FL 34608-2933          HUDSON FL 34667

   Last Receipt Date:       01/05/2018   Delq Notc Date: 10/25/2011
   Last Assessment Date:    02/01/2018   Judgment Date:  12/14/2011
   Last Disbursement Date: 01/08/2018    Last Updated:

   YTD Paid                    24.00

                                        Interest Amount Due       4,497.56

                    * * *   T E R M S   * * *
```

| Type Payee | Freq | Start / End Date | Amount | Next Due | Sta | Bal Due |
|---|---|---|---|---|---|---|
| ANO CLERK | NO F | 10252011 | 17.50 | 10252011 | A | 17.50 |
| AOD CLERK | NO F | 12142011 | 17.50 | 12142011 | A | 17.50 |
| APA CLERK | NO F | 12142011 | 17.50 | 12142011 | A | 17.50 |
| BO1 CLERK | NO F | 12142011 | 2.00 | 12142011 | A | 2.00 |
| BOC CLERK | NO F | 12142011 | 2.00 | 12142011 | A | 2.00 |
| CFD CLERK | NO F | 06172016 | 0.00 | 06172016 | A | 8.64 |
| COD CLERK | NO F | 12142011 | 7.50 | 12142011 | A | 7.50 |
| DOC CLERK | NO F | 12142011 | 12.00 | 12142011 | A | 12.00 |
| ACO CLERK | NO F | 12142011 | 2.00 | 12142011 | A | 2.00 |
| FA1 CLERK | NO F | 12142011 | 0.10 | 12142011 | A | 0.10 |
| SUP ST.GERMAIN, MARY | MONT | 12012010 | 243.00 | 03012018 | A | 20,160.62 |
| FAC CLERK | NO F | 12142011 | 0.10 | 12142011 | A | 0.10 |
| INT ST.GERMAIN, MARY | NO F | 11222011 | 0.00 | 12142011 | A | 4,434.59 |
| NOD CLERK | NO F | 10252011 | 7.50 | 10252011 | A | 7.50 |
| PAY CLERK | NO F | 12142011 | 7.50 | 12142011 | A | 7.50 |
| POS CLERK | NO F | 10252011 | 0.44 | 10252011 | A | 0.44 |
| PR1 CLERK | NO F | 12142011 | 1.90 | 12142011 | A | 1.90 |
| PRM CLERK | NO F | 12142011 | 1.90 | 12142011 | A | 1.90 |
| REC CLERK | NO F | 12142011 | 10.00 | 12142011 | A | 10.00 |
| RMF CLERK | NO F | 12142011 | 2.00 | 12142011 | A | 2.00 |

```
                                                            ----------
                                                            24,713.29
```

DEPARTMENT OF REVENUE
CHILD SUPPORT ENFORCEMENT PROGRAM
P.O. BOX 8030   MS 2-4422
TALLAHASSEE, FL 32314-8030

DEPARTMENT OF REVENUE
CHILD SUPPORT ENFORCEMENT PROG
P.O. BOX 8030   MS 2-4422
TALLAHASSEE, FL 32314-8030
PHONE(S)(850) 488-5437

AUGUST 07, 2018

** CONTACT ADDRESS ABOVE **

180730

000238

EDWARD JUNOD
425 RICHFIELD BLVD
MATTYDALE NY  13211-1431

| SSN | CASE NUMBER | LOCAL ID | PAST DUE AMOUNT CLAIMED |
|---|---|---|---|
| ***-**-0285 | 1248154223 | 000 | $4,731.00 (NON-TANF) |

The agency identified above has determined that you owe past-due child and/or spousal support. Our records show that you owe at least the amount shown above. If your case was submitted to the United States Department of the Treasury for collection in the past, this amount is subject to collection at any time by Administrative Offset and/or Federal Tax Refund Offset. If your case has not already been submitted to the United States Department of the Treasury and you do not pay in full within 30 days from the date of this notice, this amount will be referred for collection by Administrative Offset and/or Federal Tax Refund Offset. Under Administrative Offset (31 U.S.C.3716), certain Federal payments that might otherwise be paid to you will be intercepted, either in whole or in part, to pay past-due child and/or spousal support. Under Federal Tax Refund Offset (42 U.S.C.664;26 U.S.C.6402), any Federal Income Tax Refund to which you may be entitled will be intercepted to satisfy your debt. The amount of your past-due support will also be reported to consumer reporting agencies.

If you owe or owed arrearages of child support in an amount exceeding $2,500, the agency identified above will certify your debt to the State Department pursuant to 42 USC 654(31). Once you are certified, the Secretary of State will refuse to issue a passport to you, and may revoke, restrict or limit a passport that was previously issued.

Your debt will remain subject to Federal Tax Refund Offset, Administrative Offset, and/or passport certification until it is paid in full. Important: If you owe current support, any further arrears accruing due to payments missed may be added to your debt and will be subject to collection by Federal Tax Refund Offset and/or Administrative Offset now or in the future without further notice. To determine additional amounts owed or the total amount past-due which the agency has submitted for collection, you may contact us at the address or phone number listed above.

You have a right to contest our determination that this amount of past-due support is owed, and you may request an administrative review. To request an administrative review, you must contact us at the address or phone number listed above within 30 days of the date of this notice. If your support order was not issued in our state, we can conduct the review or, if you prefer, the review can be conducted in the state that issued the support order. If you request, we will contact that state within 10 days after we receive your request and you will be notified of the time and place of your administrative review by the state that issued the order. All requests for administrative review, or any questions regarding this notice or your debt, must be made by contacting the agency identified above.

If you are married, filing a joint income tax return, and you incurred this debt separately from your spouse, who has no legal responsibility for the debt and who has income and withholding and/or estimated tax payments, your spouse may be entitled to receive his or her portion of any joint Federal Tax Refund. If your spouse meets these criteria, he or she may receive his or her portion of the joint refund by filing a Form 8379 - Injured Spouse Claim and Allocation. Form 8379 should be attached to the top of the Form 1040 or 1040A when you file, or filed according to other instructions as indicated on the Form 8379.

180730-000238

```
10/15/2018                      PASCO COUNTY                      Page 1
casehist           F A M I L Y  L A W  C A S E  H I S T O R Y
```

Case Number: 11-0006505-DR        Start Date: 10/12/2011
Judge: DIVISON N2 - WEST SIDE CASE     Uresa Number:

```
======== Respondent ======== (NC)    ======== Petitioner ======== (C)
JUNOD, EDWARD L.                     ST.GERMAIN, MARY
5088 ODIN ST                         12812 FIRST ISLE

SPRING HILL FL 34608-2933            HUDSON FL 34667

Last Receipt Date:      10/10/2018   Delq Notc Date:  10/25/2011
Last Assessment Date:   10/10/2018   Judgment Date:   12/14/2011
Last Disbursement Date: 10/11/2018   Last Updated:    10/15/2018

YTD Paid                    144.00
                                     Interest Amount Due     1,035.20
```

**\* \* \* T E R M S \* \* \***

| Type | Payee | Freq | Start / | End Date | Amount | Next Due | Sta | Bal Due |
|------|-------|------|---------|----------|--------|----------|-----|---------|
| ANO | CLERK | NO F | 10252011 | | 17.50 | 10252011 | A | 17.50 |
| AOD | CLERK | NO F | 12142011 | | 17.50 | 12142011 | A | 17.50 |
| APA | CLERK | NO F | 12142011 | | 17.50 | 12142011 | A | 17.50 |
| BO1 | CLERK | NO F | 12142011 | | 2.00 | 12142011 | A | 2.00 |
| BOC | CLERK | NO F | 12142011 | | 2.00 | 12142011 | A | 2.00 |
| CFD | CLERK | NO F | 06172016 | | 0.00 | 06172016 | A | 13.44 |
| COD | CLERK | NO F | 12142011 | | 7.50 | 12142011 | A | 7.50 |
| DOC | CLERK | NO F | 12142011 | | 12.00 | 12142011 | A | 12.00 |
| ACO | CLERK | NO F | 12142011 | | 2.00 | 12142011 | A | 2.00 |
| FA1 | CLERK | NO F | 12142011 | | 0.10 | 12142011 | A | 0.10 |
| RMF | CLERK | NO F | 12142011 | | 2.00 | 12142011 | A | 2.00 |
| FAC | CLERK | NO F | 12142011 | | 0.10 | 12142011 | A | 0.10 |
| INT | ST.GERMAIN, MARY | NO F | 11222011 | | 0.00 | 12142011 | A | 1,033.91 |
| NOD | CLERK | NO F | 10252011 | | 7.50 | 10252011 | A | 7.50 |
| PAY | CLERK | NO F | 12142011 | | 7.50 | 12142011 | A | 7.50 |
| POS | CLERK | NO F | 10252011 | | 0.44 | 10252011 | A | 0.44 |
| PR1 | CLERK | NO F | 12142011 | | 1.90 | 12142011 | A | 1.90 |
| PRM | CLERK | NO F | 12142011 | | 1.90 | 12142011 | A | 1.90 |
| REC | CLERK | NO F | 12142011 | | 10.00 | 12142011 | A | 10.00 |
| SUP | ST.GERMAIN, MARY | MONT | 12012010 | 10282011 | 243.00 | 11012018 | I | 1,572.62 |
| | | | | | | | | ---------- |
| | | | | | | | | 2,729.41 |

**\* \* \* P A Y M E N T  H I S T O R Y \* \* \***

| Date | Receipt # | Type | Payee | Amount | Check # | Vd |
|------|-----------|------|-------|--------|---------|-----|
| 03272012 | SD02269728S1 | CLK | CLERK | -0.92 | SE999991 | |
| 03272012 | SD02269728S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0253812 | |
| 05232012 | SD02303345S1 | CLK | CLERK | -0.92 | SE999991 | |
| 05232012 | SD02303345S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0255134 | |
| 10092013 | SD02599310S1 | CLK | CLERK | -1.85 | SE999991 | |
| 10092013 | SD02599310S1 | SUP | ST.GERMAIN, MARY | -46.15 | S0266741 | |
| 10092013 | SD02599311S1 | CLK | CLERK | -0.92 | SE999991 | |
| 10092013 | SD02599311S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0266742 | |
| 07092014 | SD02762880S1 | CLK | CLERK | -0.92 | SE999991 | |
| 07092014 | SD02762880S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0273321 | |

10/15/2018                          PASCO COUNTY                         Page 2
casehist                F A M I L Y   L A W   C A S E   H I S T O R Y

    Case Number: 11-0006505-DR

                * * *   P A Y M E N T   H I S T O R Y   * * *

| Date | Receipt # | Type | Payee | Amount | Check # | Vd |
|------|-----------|------|-------|--------|---------|-----|
| 08072014 | SD02779899S1 | CLK | CLERK | -0.92 | SE999991 | |
| 08072014 | SD02779899S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0274010 | |
| 09032014 | SD02795434S1 | CLK | CLERK | -0.92 | SE999991 | |
| 09032014 | SD02795434S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0274651 | |
| 10082014 | SD02816272S1 | CLK | CLERK | -0.92 | SE999991 | |
| 10082014 | SD02816272S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0275545 | |
| 11192014 | SD02840673S1 | CLK | CLERK | -0.88 | SE999991 | |
| 11192014 | SD02840673S1 | SUP | ST.GERMAIN, MARY | -22.12 | S0276618 | |
| 12092014 | SD02852494S1 | CLK | CLERK | -0.92 | SE999991 | |
| 12092014 | SD02852494S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0277134 | |
| 01162015 | SD02874501S1 | CLK | CLERK | -0.92 | SE999991 | |
| 01162015 | SD02874501S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0278106 | |
| 06122015 | SD02962385S1 | CLK | CLERK | -0.92 | SE999991 | |
| 06122015 | SD02962385S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0282107 | |
| 07152015 | SD02982049S1 | CLK | CLERK | -0.92 | SE999991 | |
| 07152015 | SD02982049S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0282980 | |
| 09242015 | SD03023933S1 | CLK | CLERK | -0.88 | SE999991 | |
| 09242015 | SD03023933S1 | SUP | ST.GERMAIN, MARY | -22.12 | S0284869 | |
| 10202015 | SD03039616S1 | CLK | CLERK | -0.92 | SE999991 | |
| 10202015 | SD03039616S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0285520 | |
| 11122015 | SD03053728S1 | CLK | CLERK | -0.92 | SE999991 | |
| 11122015 | SD03053728S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0286165 | |
| 12162015 | SD03074149S1 | SUP | ST.GERMAIN, MARY | -23.00 | S0287048 | |
| 01252016 | SD03096684S1 | SUP | ST.GERMAIN, MARY | -23.00 | S0288029 | |
| 03222016 | SD03131345S1 | CLK | CLERK | -0.88 | SE999991 | |
| 03222016 | SD03131345S1 | SUP | ST.GERMAIN, MARY | -22.12 | S0289618 | |
| 04082016 | SD03142332S1 | CLK | CLERK | -0.92 | SE999991 | |
| 04082016 | SD03142332S1 | SUP | ST.GERMAIN, MARY | -23.08 | S0290086 | |
| 06172016 | SD03184342S1 | SUP | ST.GERMAIN, MARY | -24.00 | S0291839 | |
| 07132016 | SD03199679S1 | SUP | ST.GERMAIN, MARY | -24.00 | S0292435 | |
| 08162016 | SD03219353S1 | SUP | ST.GERMAIN, MARY | -24.00 | S0293321 | |
| 10122016 | SD03253430S1 | SUP | ST.GERMAIN, MARY | -24.00 | S0294765 | |
| 01032017 | SD03302579S1 | SUP | ST.GERMAIN, MARY | -48.00 | S0296959 | |
| 02032017 | SD03322180S1 | SUP | ST.GERMAIN, MARY | -24.00 | S0297803 | |
| 05232017 | SD03387105S1 | CLK | CLERK | -5.25 | SE999991 | |
| 05232017 | SD03387105S1 | SUP | ST.GERMAIN, MARY | -282.75 | S0300380 | |
| 11092017 | SD03488548S1 | SUP | ST.GERMAIN, MARY | -24.00 | S0304186 | |
| 01052018 | SD03522520S1 | SUP | ST.GERMAIN, MARY | -24.00 | S0305619 | |
| 04052018 | SD03575457S4 | SUP | ST.GERMAIN, MARY | -24.00 | S0307513 | |
| 07102018 | SD03632653S1 | SUP | ST.GERMAIN, MARY | -48.00 | S0309032 | |
| 10102018 | SD03687334S1 | SUP | ST.GERMAIN, MARY | -48.00 | S0310418 | |

                    Total Payments      -1,100.38

Exhibit 2 A

2018

SALLY L. DANIEL, TAX COLLECTOR
HERNANDO COUNTY
SPRING HILL, FL

L70 / D# 7236
07/10/2018

OATH OF APPLICANT:
Under Penalty of Perjury, do you swear or affirm that the information given by you in this application is true and correct?

Chapter 322, Florida Statutes, requires the Department to collect social security numbers for the issuance of driver and identification cards.

( EDWARD LEE JUNOD )

DL # J53[illegible]32652070
Audit # L7[illegible]1807100069

PLEASE verify the monies tendered.

| | | |
|---|---|---|
| License/ID Fee | $ | 0.00 |
| Receipt only | | |
| Chargeable Exams | $ | 0.00 |
| Endorsement Fee | $ | 0.00 |
| Reinstatement Fee | $ | 60.00 |
| FR Refee | $ | 0.00 |
| FR Security Deposit | $ | 0.00 |
| Background Fee | $ | 0.00 |
| Late Fee | $ | 0.00 |
| Service Fee | $ | 6.25 |
| Public Records Fees | $ | 0.00 |
| Motor Vehicle Fees | $ | 0.00 |
| Admin Filing Fees | $ | 0.00 |
| Transcript Fees | $ | 0.00 |

Contributions

| | | |
|---|---|---|
| Child Hearing Help | $ | 0.00 |
| Family First | $ | 0.00 |
| Florida Council Blind | $ | 0.00 |
| Organ and Tissue Donor | $ | 0.00 |
| Hearing Res/Inst | $ | 0.00 |
| Juv Diab Foundation | $ | 0.00 |
| League Against | $ | 0.00 |
| Prevent Blindness | $ | 0.00 |
| Prev Child Sex/Abuse | $ | 0.00 |
| Ronald McDonald House | $ | 0.00 |
| Senior Vision Services | $ | 0.00 |
| Home for Veterans | $ | 0.00 |
| Stop Heart Disease | $ | 0.00 |
| ARC of Florida | $ | 0.00 |
| Disabled American Vet | $ | 0.00 |
| Autism Programs | $ | 0.00 |
| Support Our Troops | $ | 0.00 |
| ACG Traffic Safety Foundation | $ | 0.00 |
| Help the Homeless | $ | 0.00 |
| End Breast Cancer | $ | 0.00 |

| | | |
|---|---|---|
| Total Fees | $ | 66.25 |
| Amount Tendered to Cashier # 7236 | $ | 100.00 |
| Change Due | $ | 33.75 |

Mission: Providing Highway Safety and Security through Excellence in Service, Education and Enforcement. Please let us know how we are doing via our online customer service survey at https://www.research.net/s/MLR9RGC.

Exibit 2B

SALLY L. DANIEL, TAX COLLECTOR
HERNANDO COUNTY
SPRING HILL, FL

L70 /ID# 3072
05/23/2017

OATH OF APPLICANT:
Under Penalty of Perjury, do you swear or
affirm that the information given by you
in this application is true and correct?

Chapter 322, Florida Statutes, requires
the Department to collect social security
numbers for the issuance of driver and
identification cards.

( EDWARD LEE JUNOD )

DL # J53 :232652070
Audit # L701705230035

PLEASE verify the monies tendered.
License/ID Fee
  Receipt only                          $    0.00
Chargeable Exams
Endorsement Fee                         $    0.00
Reinstatement Fee                       $    0.00
FR Reins                                $   60.00
FR Security Deposit                     $    0.00
Background Fee                          $    0.00
Late Fee                                $    0.00
Service Fee                             $    0.00
Public Records Fees                     $    6.25
Motor Vehicle Fees                      $    0.00
Admin Filing Fees                       $    0.00
Transcript Fees                         $    0.00
                                        $    0.00

Contributions
Child Hearing Help
Family First                            $    0.00
Florida Council Blind                   $    0.00
Organ and Tissue Donor                  $    0.00
Hearing Res/Inst                        $    0.00
Juv Diab Foundation                     $    0.00
League Against Cancer                   $    0.00
Prevent Blindness                       $    0.00
Prev Chile Sex/Abuse                    $    0.00
Ronald McDonald House                   $    0.00
Senior Vision Services                  $    0.00
Home for Veterans                       $    0.00
                                        $    0.00
ARC of Florida                          $    0.00
Disabled American Vet                   $    0.00
Autism Programs                         $    0.00
Support Our Troops                      $    0.00
ACG Traffic Safety Foundation           $    0.00
Help the Homeless                       $    0.00
End Breast Cancer                       $    0.00
                                        $    0.00

Total Fees                              $   66.25
Amount Tendered                         $   67.00
  to Cashier # 3072
Change Due                              $    0.75

Mission: Providing Highway Safety and
Security through Excellence in Service,
Education and Enforcement. Please let us
know how we are doing via our online
customer service survey at
https://www.hresearch.net/s/MLR9RGC.



AMSCOT FINANCIAL SERVICES
037 BROOKSVILLE
BROOKSVILLE, FL 34601
Window - 37
(352)797-9898
05/22/2017 10:46 AM
Transaction 927544

|  | Amount | Fee |
|---|---|---|
| WESTERN UNION | 24.00 | 3.00 |
| WESTERN UNION | 24.00 | 3.00 |
| WESTERN UNION | 24.00 | 3.00 |
| WESTERN UNION | 24.00 | 3.00 |
| Bill Payment #2: | | |
| ME 51 | | |
| CHILD SUPPORT - MY FLORIDA COUNTY | | |
| Bill Collect Fee | | 5.00 |

Total                  200.00
Tendered               250.00
Change (Currency)       41.00

EDWARD JUNDOD

Exibit 3

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PASCO COUNTY
JUVENILE DIVISION

CJC10-02480DPAWS-08

**In the Interest of:**

SPN 00613352

SPN 00508064

SPN 0061353

Children.

002662

Paula S. O'Neil
Clerk & Comptroller
Pasco County, Florida

2012 JAN -4  PM 4:17

FILED FOR RECORD
PASCO COUNTY, FLORIDA

ORDER COMMENCING & CONTINUING JUDICIAL REVIEW

THIS CAUSE came before the Court on December 22, 2011, pursuant to Chapter 39, Florida Statutes, for a Judicial Review. The following persons appeared before the Court: Jennifer Barbookles, Assistant State Attorney; Stacey-Ann Gabbidon, Case Worker, Department and/or its contracted community-based care provider; Angela Bareford, Mother, from Land O' Lakes Detention Facility; Angela Wright, Attorney for Mother; Edward Lee Junod, Father; Linda Clark, Attorney for Edward Lee Junod by phone; Larry Cangro, Attorney for Father George Andrew King; Guardian Ad Litem Program; Dean Zona, Guardian Ad Litem Attorney. ▇▇▇▇▇▇▇Child; and ▇▇▇▇▇▇▇, Child. The Court, having reviewed the Judicial Review/Social Studies Report/Case Plan Update, filed by the Department and/or its contracted community-based care provider; and, the Court, having heard testimony and being otherwise fully advised in the premises, finds:

1.     That this Court has jurisdiction over the subject matter of this action;

CS-EF91
R 02/06

6. Check if applicable:

☐ The obligor understands that DOR will notify the current employer or any subsequent employer of this written agreement and request that the employer deduct the amounts in accordance with this written agreement. Until the employer begins deducting payments, it is the obligor's responsibility to make all payments. Any monies and/or property given directly to the custodial parent, dependent child(ren), creditors, or anyone else in support of the child(ren) are considered to be gifts and do not offset any support obligation.

7. The obligor is employed at:

N/A

8. If the obligor receives unemployment compensation benefits, the payor shall withhold and transmit to DOR 40 % of the benefits for payment of support, not to exceed the amount owed.

9. The obligor must notify the DOR local office and the Clerk of the Court at the addresses below, within 7 days, of any change in address, income, or employment.

DOR Local Office Address                        Clerk of Court Address

5050 West Tennessee Street                       PO BOX 338
Building L                                       NEW PORT RICHEY FL 34656-0338
Tallahassee, FL 32399-0195                       Clerk of Court Address

10. Obligor understands DOR may pursue other enforcement actions as appropriate.

11. DOR will not take the enforcement action in paragraph 1 as long as the obligor complies with the terms of this agreement. If the obligor fails to comply with this written agreement, DOR will resume the enforcement action without further notice, unless the past due amount is paid in full, enforcement is contrary to law, or a subsequent agreement is made between the obligor and DOR. If DOR resumes this enforcement action, the obligor waives the right to further notice or a hearing concerning the enforcement action. For a contempt of court action or suspension of the obligor's vessel registration, recreational, or business/professional license or certification, DOR will request the court set a hearing on the matter.

Page 2 of 3

CJC10-02480DPAWS-08

2.    That the mother, Angela Bareford, was noticed of the hearing; appeared from Land O' Lakes Detention Facility. The mother was represented by Angela Wright, Esq.;

3.    That the father, Edward Lee Junod, was noticed of the hearing; appeared. The father was represented by Linda Clark, Esq.;

4.    That the father, George Andrew King, was noticed of the hearing, failed to appear. The father was represented by Larry Cangro. The halls were sounded for the father without response.

5.    That this Judicial Review was held pursuant to Section 39.701, Florida Statutes;

6    That all reasonable efforts have been made to prevent or eliminate the need for removal and continued removal of the children from the home;

7.    That there is not a continuing necessity for placement of the children in foster/substitute care to protect the children and is in the best interest of the children;

THEREFORE, based upon the foregoing findings of fact, it is hereby ORDERED AND ADJUDGED that:

1.    The minor children, J██████, J████, A████████, and A████████ ████, shall remain in the care, custody and control of the father, Edward Lee Junod, under the protective services supervision of the Department and/or its contracted community-based care provider, until further order of this Court.

2.    The Judicial Review Social Studies Report/Case Plan Update is commenced and continued.

3.    That the grants Edward Lee Junod discretion to determine the maternal grandmother's contact with AMBER and AUTUMN.

2

CJC10-02480DPAWS-08

4.    All prior orders not inconsistent with the present order shall remain in full force and effect.

5.    A Continued Judicial Review hearing is scheduled for **February 9, 2012, at 3:30 p.m.**, before the Honorable William R. Webb, Circuit Court Judge, at the West Pasco Judicial Center, Courtroom 3B, 7530 Little Road, New Port Richey, Florida 34654.

DONE AND ORDERED in Chambers, in New Port Richey, Pasco County, Florida, this 4 day of ___Jan___, 2012

_____
CIRCUIT JUDGE

cc:    Angela Wright, Esq.
       Linda Clark, Esq.
       Larry Cangro, Esq.
       Department and/or its contracted community-based care provider
       Guardian Ad Litem
       REV MAX
       Jennifer Barbookles, Assistant State Attorney

JB/1229SE5

STATE OF FLORIDA, COUNTY OF PASCO
THIS IS TO CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE OR OF PUBLIC RECORD IN THIS OFFICE
WITNESS MY HAND AND OFFICIAL SEAL THIS
___ DAY OF _November_ 20_1_
PAULA S. O'NEIL, CLERK & COMPTROLLER
BY_____DEPUTY CLERK

3

Exibit 4

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PASCO COUNTY
JUVENILE DIVISION

CJC10-02480DPAWS-08

*In the Interest of:*

██████████████████06
SPN 00613352

██████████████████
SPN 00568064

██████████████████8
SPN 0061353

Children.

<u>ORDER APPROVING PERMANENCY REVIEW</u>
<u>AND</u>
<u>ORDER TERMINATING PROTECTIVE SERVICES SUPERVISION</u>
(As to the child J██████ D. J██████)

THIS CAUSE came before the Court on May 31, 2012, pursuant to Chapter 39, Florida Statutes, for a Permanency Review. The following persons appeared before the Court: Jennifer Barbookles, Assistant State Attorney; Stacy-Ann Gabbidon, Case Worker, Department and/or its contracted community-based care provider; Angela Bareford, the mother from the Land O'Lakes Detention Center; Edward Lee Junod, the father; Linda Clark, Esquire, Attorney for the father Edward Lee Junod, by phone; Larry Cangro, Esquire, Attorney for the father, George Andrew King; the Guardian ad Litem Program; the Guardian ad Litem Attorney Dean Zona█████████████ child; ████████████, child; and███████████, child. The Court, having reviewed the Permanency Review/Social Studies Report/Case Plan Update, filed by the Department and/or its contracted community-based care provider; and, the Court, having heard testimony and being otherwise fully advised in the premises, finds:

CJC10-02480DPAWS-08

1.    That this Court has jurisdiction over the subject matter of this action;

2.    That the mother, Angela Bareford, was noticed of the hearing; appeared from the Land O'Lakes Detention Center;

3.    That the father, Edward Lee Junod, was noticed of the hearing; appeared. The father was represented by Linda Clark, Esquire;

4.    That the father, George Andrew King, was noticed of the hearing; failed to appear. The father was represented by Larry Cangro, Esquire;

5.    That this Permanency Review was held pursuant to Section 39.701, Florida Statutes;

6.    That reasonable efforts have been made by the Department to finalize permanency for the children as documented by the efforts outlined in the Permanency Review Social Study Report and its findings made thereon. These reasonable efforts encompass the offering of State funded services, case management, family specific case planning, protective supervision, referrals to community resources, and include the following case and child-specific efforts to finalize a permanency plan for the children:

The reasonable efforts for the children are: The Case Manager ensures the children's medical and educational needs are being met.

7.    That all reasonable efforts have been made to prevent or eliminate the need for removal and continued removal of the children from the home;

8.    That there is a continuing necessity for placement of the children in foster/substitute care to protect the children and is in the best interest of the children;

9.    That the Department and/or its contracted community-based care provider recommended terminating protective services supervision as to the child, J█████ D. J█████;

2

CJC10-02480DPAWS-08

THEREFORE, based upon the foregoing findings of fact, it is hereby ORDERED AND ADJUDGED that:

1.   The minor children██████████and █████████████shall remain in the care, custody and control of the State of Florida, Foster Care, under the protective services supervision of the Department and/or its contracted community-based care provider, until further order of this Court.

2.   The minor child,████████████shall remain in the care and custody of the father, Edward Lee Junod.

2.   The Permanency Review Social Studies Report/Case Plan Update is approved.

3.   The Court terminates protective services supervision as to the child, J████S D. J██████ and orders the mother's visitation to be one (1) hour per month supervised at a Visitation Center closest to the child. However, the Court grants the father discretion to expand the mother's visitation.

4.   Attorney Linda Clark is discharged.

5.   The Court orders that both children will be present at the next hearing.

6.   The Court grants discretion to the Department and/or its contracted community-based care provider to expand the children, ████████████ and █████████████contact with the maternal grandmother based upon an incentive system. If the children are doing well then the children shall have additional contact with the maternal grandmother, including unsupervised visitation, overnight visitation and multiple night visitation.

7.   All prior orders not inconsistent with the present order shall remain in full force and effect.

3

CJC10-02480DPAWS-08

8.     A Status Review hearing is scheduled for **August 9, 2012 at 3:30 p.m.,** before the

Honorable William R. Webb, Circuit Court Judge, at the West Pasco Judicial Center, Courtroom

3B, 7530 Little Road, New Port Richey, Florida 34654.

DONE AND ORDERED in Chambers, in New Port Richey, Pasco County, Florida, this

\_\_\_ day of _____, 2012.

_____
CIRCUIT JUDGE

cc:    Angela Wright, Esq.
       Linda Clark, Esq.
       Larry Cangro, Esq.
       Department and/or its contracted community-based care provider
       Guardian Ad Litem
       REV MAX
       Jennifer Barbookles, Assistant State Attorney


JB/0604cz22

STATE OF FLORIDA, COUNTY OF PASCO
THIS IS TO CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE OR OF PUBLIC RECORD IN THIS OFFICE
WITNESS MY HAND AND OFFICIAL SEAL THIS
\_\_\_\_ DAY OF _November_ 2_01_
PAULA S. O'NEIL, CLERK & COMPTROLLER
BY_____ DEPUTY CLERK

4

727 847 8031 OP 5 5 EXIPT 5

02/20/2018                          PASCO COUNTY                          Page 1
casehist

F A M I L Y   L A W   C A S E   H I S T O R Y

Case Number: 10-0003360-DR              Start Date: 08/23/2010
Judge: DIVISON N2 - WEST SIDE CASE      Uresa Number:

======== Respondent ======== (NC)      ======== Petitioner ======== (C)
JUNOD, EDWARD L.                        BAREFORD, ANGELA C.
5088 ODIN ST                           1115 NE SANCHEZ AVE

SPRING HILL FL 34608-2933              OCALA FL 34470
                                        USA

Last Receipt Date:      08/10/2015      Delq Notc Date: 12/27/2010
Last Assessment Date:   02/01/2018      Judgment Date:  01/20/2011
Last Disbursement Date: 08/11/2015      Last Updated:   10/18/2011

YTD Paid                    0.00
                                        Interest Amount Due        623.51
Dependents                              Date of Birth   Subject to Support

JUNOD, EDWARD L.                        ████/2006        08/20/2024

* * *   T E R M S   * * *

| Type Payee | Freq | Start / End Date | Amount | Next Due | Sta | Bal Due |
|---|---|---|---|---|---|---|
| ANO CLERK | NO F | 12272010 | 17.50 | 12272010 | A | 17.50 |
| AOD CLERK | NO F | 01202011 | 17.50 | 01202011 | A | 17.50 |
| APA CLERK | NO F | 01202011 | 17.50 | 01202011 | A | 17.50 |
| ARS DOR - CHILD, SUPPOR | MONT | 10012010 | 24.00 | 03012018 | A | 1,896.00 |
| BO1 CLERK | NO F | 01202011 | 2.00 | 01202011 | A | 2.00 |
| BOC CLERK | NO F | 01202011 | 2.00 | 01202011 | A | 2.00 |
| COD CLERK | NO F | 01202011 | 7.50 | 01202011 | A | 7.50 |
| DOC CLERK | NO F | 01202011 | 12.00 | 01202011 | A | 12.00 |
| ACO CLERK | NO F | 01202011 | 2.00 | 01202011 | A | 2.00 |
| FA1 CLERK | NO F | 01202011 | 0.10 | 01202011 | A | 0.10 |
| RMF CLERK | NO F | 01202011 | 2.00 | 01202011 | A | 2.00 |
| FAC CLERK | NO F | 01202011 | 0.10 | 01202011 | A | 0.10 |
| INT DOR - CHILD, SUPPOR | NO F | 12292010 | 0.00 | 01202011 | A | 616.30 |
| NOD CLERK | NO F | 12272010 | 7.50 | 12272010 | A | 7.50 |
| PAY CLERK | NO F | 01202011 | 7.50 | 01202011 | A | 7.50 |
| POS CLERK | NO F | 12272010 | 0.44 | 12272010 | A | 0.44 |
| PR1 CLERK | NO F | 01202011 | 1.90 | 01202011 | A | 1.90 |
| PRM CLERK | NO F | 01202011 | 1.90 | 01202011 | A | 1.90 |
| REC CLERK | NO F | 01202011 | 10.00 | 01202011 | A | 10.00 |
| SUP DOR - CHILD, SUPPOR | MONT | 10012010 11082010 | 243.00 | 11012011 | I | 414.00 |

                                                                    ----------
                                                                    3,035.74

* * *   P A Y O F F   * * *

| Type Payee | Max Amt | Start / End Date | Total Pd/Adj | Payoff Amount |
|---|---|---|---|---|
| ARS DOR - CHILD, SUPPOR | 4,557.32 | 10012010 | 240.00 | 4,317.32 |

Exlit 6

```
10/15/2018                    PASCO COUNTY                      Page 1
casehist          F A M I L Y   L A W   C A S E   H I S T O R Y

    Case Number: 10-0003360-DR          Start Date: 08/23/2010
    Judge: DIVISON N2 - WEST SIDE CASE  Uresa Number:


    ========= Respondent ======== (NC)  ========= Petitioner ======== (C)
    JUNOD, EDWARD L.                    BAREFORD, ANGELA C.
    5088 ODIN ST                        5285 SE 38TH ST

    SPRING HILL FL 34608-2933           OCALA FL 34480


    Last Receipt Date:      08/10/2015  Delq Notc Date: 12/27/2010
    Last Assessment Date:   10/01/2018  Judgment Date:  01/20/2011
    Last Disbursement Date: 08/11/2015  Last Updated:   10/18/2011

    YTD Paid                    0.00
                                        Interest Amount Due      717.33
    Dependents                          Date of Birth   Subject to Support

    JUNOD, EDWARD L.                       ███/2006       08/20/2024

                    * * *   T E R M S   * * *

Type Payee              Freq Start /  End Date   Amount Next Due Sta  Bal Due

ANO CLERK               NO F 12272010            17.50 12272010  A      17.50
AOD CLERK               NO F 01202011            17.50 01202011  A      17.50
APA CLERK               NO F 01202011            17.50 01202011  A      17.50
ARS DOR - CHILD, SUPPOR MONT 10012010            24.00 11012018  A   2,088.00
EO1 CLERK               NO F 01202011             2.00 01202011  A       2.00
BOC CLERK               NO F 01202011             2.00 01202011  A       2.00
COD CLERK               NO F 01202011             7.50 01202011  A       7.50
DOC CLERK               NO F 01202011            12.00 01202011  A      12.00
ACO CLERK               NO F 01202011             2.00 01202011  A       2.00
FA1 CLERK               NO F 01202011             0.10 01202011  A       0.10
RMF CLERK               NO F 01202011             2.00 01202011  A       2.00
FAC CLERK               NO F 01202011             0.10 01202011  A       0.10
INT DOR - CHILD, SUPPOR NO F 12292010             0.00 01202011  A     711.57
NOD CLERK               NO F 12272010             7.50 12272010  A       7.50
PAY CLERK               NO F 01202011             7.50 01202011  A       7.50
POS CLERK               NO F 12272010             0.44 12272010  A       0.44
PR1 CLERK               NO F 01202011             1.90 01202011  A       1.90
PRM CLERK               NO F 01202011             1.90 01202011  A       1.90
REC CLERK               NO F 01202011            10.00 01202011  A      10.00
SUP DOR - CHILD, SUPPOR MONT 10012010 11082010  243.00 11012011  I     414.00
                                                                    ----------
                                                                     3,323.01

                    * * *   P A Y O F F   * * *

Type Payee              Max Amt Start /  End Date Total Pd/Adj Payoff Amount

ARS DOR - CHILD, SUPPOR 4,557.32 10012010              240.00     4,317.32

              * * *   P A Y M E N T   H I S T O R Y   * * *
```

Date      Receipt #      Type  Payee                    Amount Check #  Vd

10/15/2018                       PASCO COUNTY                        Page 2
casehist
              F A M I L Y.  L A W   C A S E   H I S T O R Y

   Case Number: 10-0003360-DR

              * * *  P A Y M E N T   H I S T O R Y  * * *

| Date | Receipt # | Type | Payee | Amount | Check # | Vd |
|------|-----------|------|-------|--------|---------|----|
| 11152013 | SD02621087S1 | SUP | DOR - CHILD, SUPPOR | -24.00 | SE433275 | |
| 12112013 | SD02636672S1 | ARS | DOR - CHILD, SUPPOR | -48.00 | SE448603 | |
| 01142014 | SD02656158S1 | ARS | DOR - CHILD, SUPPOR | -24.00 | SE467725 | |
| 02052014 | SD02669481S1 | ARS | DOR - CHILD, SUPPOR | -24.00 | SE480785 | |
| 03072014 | SD02687953S1 | ARS | DOR - CHILD, SUPPOR | -24.00 | SE499045 | |
| 04082014 | SD02706925S1 | ARS | DOR - CHILD, SUPPOR | -24.00 | SE517707 | |
| 05082014 | SD02725159S1 | ARS | DOR - CHILD, SUPPOR | -24.00 | SE535791 | |
| 06062014 | SD02743355S1 | ARS | DOR - CHILD, SUPPOR | -24.00 | SE552973 | |
| 02252015 | SD02897789S1 | ARS | DOR - CHILD, SUPPOR | -24.00 | SE704311 | |
| 03172015 | SD02909942S1 | ARS | DOR - CHILD, SUPPOR | -24.00 | SE716213 | |
| 04212015 | SD02930746S1 | SUP | DOR - CHILD, SUPPOR | -24.00 | SE736529 | |
| 08102015 | SD02996957S1 | SUP | DOR - CHILD, SUPPOR | -24.00 | SE801441 | |

                    Total Payments           -312.00

*[handwritten: Answer: 13 Payments mary. Total 60 47]*

## Bank of America

**Your checking account**

Exibit 7

EDWARD L JUNOD  |  Account # Redacted  |  March 14, 2018 to April 11, 2018

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 03/26/18 | Counter Credit | 300.00 |
| 04/03/18 | NY TLR transfer | 700.00 |
| 04/03/18 | Counter Credit | 400.00 |
| **Total deposits and other additions** | | **$1,400.00** |

## Withdrawals and other subtractions

| Date | Description | Amount |
|---|---|---|
| 03/14/18 | CHECKCARD 0313 SPEEDWAY 06534 SPRING HILL FL 24224438073104009696174 | -25.00 |
| 03/14/18 | BKOFAMERICA ATM 03/14 #000002939 WITHDRWL MARINER VILLAGE SPRING HILL FL | -60.00 |
| 03/14/18 | SPEEDWAY 06534 03/14 #000209643 PURCHASE SPEEDWAY 06534 SPRING HILL FL | -14.33 |
| 03/19/18 | CHECKCARD 0316 SPEEDWAY 06534 SPRING HILL FL 24224438076101026098613 | -15.00 |
| 03/19/18 | CHECKCARD 0317 ALLEGNT BUYONBOARD LAS VEGAS NV 24692168076100013076810 | -5.00 |
| 03/26/18 | CHECKCARD 0325 DIRECT GENERAL AUTO 399 615-366-3742 LA 24445008085000469780377 | -133.44 |
| 03/26/18 | CHECKCARD 0325 OCWA WATER PMT 315-455-7061 NY 24692168084100272220133 | -53.71 |
| 03/26/18 | DOLLAR GENERAL 03/25 #000039742 PURCHASE DOLLAR GENERAL # MATTYDALE NY | -31.43 |
| 03/26/18 | BKOFAMERICA ATM 03/26 #000006903 WITHDRWL NORTH PLAZA NORTH SYRACUS NY | -60.00 |
| 04/03/18 | NY TLR transfer to SAV 6880 | -825.00 |
| 04/04/18 | CHECKCARD 0403 MYFLORIDACOUNTY.COM 877-326-8689 FL 24210738094026211607026 | -24.84 |
| 04/04/18 | BYRNE DAIRY 11 04/03 #000042245 PURCHASE BYRNE DAIRY 119 CICERO NY | -20.02 |
| 04/05/18 | CHECKCARD 0404 NATIONAL GRID 300-642-4272 NY 24692168094100309288309 | -136.25 |
| **Total withdrawals and other subtractions** | | **-$1,404.02** |

## Invest online with professional portfolio management by Merrill Lynch



**MERRILL EDGE**

Bank of America Corporation

merrilledge.com/invest to pursue your goal with Merrill Edge   Guided Investing

Merrill Edge® is available through Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S), and consists of the Merrill Edge Advisory Center™ (investment guidance) and self-directed online investing. MLPF&S is a registered broker-dealer, investment adviser, Member SIPC and a wholly owned subsidiary of Bank of America Corporation. Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation. ©2017 Bank of America Corporation

Investment products: | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

SSM-07-17-0554.B | ARPFXLMX

BANK OF AMERICA, N.A. (THE "BANK")

EDWARD L JUNOD

BOFA CORE CHECKING

**** **** 9639

Last Posting Date 10/26/2018    Date/Time Printed 10/29/2018 2:45 PM EST

**Since Last Statement Summary**

Last Statement Date 10/12/2018

Balance Last Statement ($)

| Deposits/Credits (+) | # | 1 | $149.00 | Holds (-) | |
|---|---|---|---|---|---|
| Withdrawals/Debits (-) | # | 0 | $0.00 | Pending Credits (+) | |

Available Balance ($)                          $0.00

Some of the information was not available when this page was printed. Please ask your Bank of America banker to assist you

Balance Last Statement, Deposits/Credits, Withdrawals/Debits may not total to Available Balance.

| Date | Description | | Type | Amount | Available Balance |
|---|---|---|---|---|---|
| 09/12/2018 | FORCE CLOSED ACCOUNT | FDES NMO 0003016 115965 | Credit | $149.00 | $0.00 |

Statement Period as of 09/12/2018

----No posted transactions in this statement period----

Statement Period as of 08/15/2018

----No posted transactions in this statement period----

Statement Period as of 07/13/2018

| 07/12/2018 | Monthly Maintenance Fee | | Fee | -$12.00 | -$149.00 |

| Date | Description | | | Type | Amount | Available Balance |
|------|-------------|---|---|------|--------|-------------------|
| 04/23/2018 | CHECKCARD 0420 DIRECT GENERAL AUTO 399 | 615-366-3742 LA 24445008111100193307774 | | Debit | -$133.44 | $155.75 |
| 04/19/2018 | BKOFAMERICA ATM 04/19 #000007172 WITHDRWL | NORTH PLAZA | NORTH SYRACUS NY | Withdrawal | -$200.00 | $289.19 |
| 04/18/2018 | PETLAND CICERO 04/18 #000337629 PURCHASE | PETLAND CICERO CICERO NY | | Debit | -$15.11 | $489.19 |
| 04/18/2018 | Counter Credit | | | Deposit | $400.00 | $504.30 |
| | Statement Period as of 04/12/2018 | | | | | |
| 04/11/2018 | Monthly Maintenance Fee | | | Fee | -$12.00 | $104.30 |
| 04/05/2018 | CHECKCARD 0404 NATIONAL GRID | 800-642-4272 NY 24692168094100309288309 | | Debit | -$136.25 | $116.30 |
| 04/04/2018 | BYRNE DAIRY 11 04/04 #000042249 PURCHASE | BYRNE DAIRY 119 CICERO NY | | Debit | -$20.02 | $252.55 |
| 04/04/2018 | CHECKCARD 0403 MYFLORIDACOUNTY.COM | 877-326-8689 FL 24210738094026211607026 | | Debit | -$24.84 | $272.57 |
| 04/03/2018 | NY TLR transfer to SAV 6880 Confirmation# 2778279389 | Banking Ctr NORTH PLAZA | #0000404 NY | Transfer | -$825.00 | $297.41 |
| 04/03/2018 | Counter Credit | | | Deposit | $400.00 | $1,122.41 |
| 04/03/2018 | NY TLR transfer 0678265062 | Banking Ctr NORTH PLAZA | #0000404 NY  Confirmation# | Credit | $700.00 | $722.41 |
| | Statement Period as of 03/14/2018 | | | | | |

***No More Activity For This Account***

For additional information or service, please contact the Customer Service Center at 1-800-432-1000

**** **** 9639

* = Item(s) included in Previous Statement(s).

NNY



**FLORIDA**

Child Support Program

CS-EF57
Rule 12E-1.023
Florida Administrative Code
Effective 09/19/17

## Driver License/Vehicle Registration
## Reinstatement Notice

Exibt 9

EDWARD LEE JUNOD
5088 ODIN ST
SPRING HILL, FL 34608

If your address has changed, provide new address here:

February 20, 2018

Child Support Case Number:1248154223

On 07/10/2017 your driver license was suspended because you did not pay support as ordered or did not appear as ordered in a paternity or child support action.

We told the Department of Motor Vehicles to reinstate your license because we are no longer enforcing the support order.

To get your license reinstated you must go to a local Driver License Examining Office. They will require a fee to reinstate your license. If you do not live in Florida, send the reinstatement fee and a letter to the Department of Highway Safety and Motor Vehicles, 2900 Apalachee Parkway MS87, Tallahassee, FL 32399. In the letter tell them we asked them to reinstate your license.

You can check the status of your license at https://www.flhsmv.gov or call DHSMV at 1-850-617-2000.

This notice applies only to suspension for child support and does not affect suspensions for other reasons.

To contact us call 850-488-KIDS (5437).

Page 1 of 1

 

0201305713140118051104829434

*Exibit 11*

CS-EF55
Rule 12E-1.023
Florida Administrative Code
Effective 09/19/17

Child Support Program

## Notice of Intent to Suspend Driver License and Motor Vehicle Registration(s) for Nonpayment of Support

**FLORIDA**

EDWARD LEE JUNOD
425 RICHFIELD BLVD
MATTYDALE NY 13211-1431

If your address has changed, provide new address here:



July 10, 2018

Child Support Case Number: 1248154223

Depository Number: 10003360DR51

1. Suspending your driver license. We plan to tell the Department of Highway Safety and Motor Vehicles to suspend your driver license and the registration of all motor vehicles you own because:
   - You are $2,430.00 behind in your support payments as of the date of this notice.
   - The support order we are enforcing requires you to pay $24.00 monthly.

2. You have 20 days from the date of this notice to:
   - Pay the amount you are behind in full and stay current in your payments;
   - Sign a written agreement to make payments on the amount you are behind;
   - Provide documentation that you:
     - Receive reemployment assistance or unemployment compensation;
     - Are disabled and incapable of supporting yourself;
     - Receive SSI (Supplemental Security Income) benefits;
     - Receive Social Security Disability Income benefits;
     - Receive temporary cash assistance;
     - Are paying support payments under a confirmed bankruptcy plan under Chapter 11, 12, or 13 of the United States Bankruptcy Code; or
     - Contest this action by filing a petition in circuit court.

   Please tell us right away if you believe this notice was sent in error. If a mistake was made we will stop this action.

3. We will consider your current situation and ability to pay. If you enter into a written agreement:
   - We will not suspend your license as long as you pay as agreed.

   To enter into a written agreement contact us at:

   Child Support Program
   2127 Grand Blvd Ste 100
   Holiday FL 34690-4554



T        1 of 1


02013056831401181911102378937

Child Support Program    *Exibit 12*    CS-CF37
N. 09/01/09

## Child Support Case Opened

If your address has changed, provide new address here:

```
MR. EDWARD LEE JUNOD
425 RICHFIELD BLVD
MATTYDALE NY 13211-1431
```

July 20, 2018
Child Support Case Number: 1248154223

You are a parent or alleged parent in a child support case. The other parent has asked for our help or we are required to help in getting child support and/or health insurance for the child(ren).

We have or will have your social security number as allowed by section 409.2577, Florida Statutes. We will only use your social security number for child support purposes as long as the case is open.

We will:
- Make it easy for you to pay support to your child(ren).
- Serve you with respect.

You need to:
- Read everything we send you.
- Give us information we request.
- Tell us of any changes for you, the child(ren) or other parent(s). Including addresses, employment, phone numbers, and where the child(ren) lives.
- Keep any appointments with us.
- Go to court or administrative hearings.

We will work with and help you.

To contact us call 850-488-KIDS (5437) or go to a child support office near you. For more information and office locations go to www.floridarevenue.com/childsupport.

1 of 1

010130408714011820110601442



**FLORIDA**

7

Child Support Program

*Exibit 13*

CS-EF55
Rule 12E-1.023
Florida Administrative Code
Effective 09/19/17

# Notice of Intent to Suspend Driver License and Motor Vehicle Registration(s) for Nonpayment of Support

EDWARD LEE JUNOD
425 RICHFIELD BLVD
MATTYDALE NY 13211-1431

If your address has changed, provide new address here:



August 21, 2018

Child Support Case Number: 1248154223

Depository Number: 10003360DR51

1. Suspending your driver license. We plan to tell the Department of Highway Safety and Motor Vehicles to suspend your driver license and the registration of all motor vehicles you own because:
   - You are $2,454.00 behind in your support payments as of the date of this notice.
   - The support order we are enforcing requires you to pay $24.00 monthly.

2. You have 20 days from the date of this notice to:
   - Pay the amount you are behind in full and stay current in your payments;
   - Sign a written agreement to make payments on the amount you are behind;
   - Provide documentation that you:
     - Receive reemployment assistance or unemployment compensation;
     - Are disabled and incapable of supporting yourself;
     - Receive SSI (Supplemental Security Income) benefits;
     - Receive Social Security Disability Income benefits;
     - Receive temporary cash assistance;
     - Are paying support payments under a confirmed bankruptcy plan under Chapter 11, 12, or 13 of the United States Bankruptcy Code; or
     - Contest this action by filing a petition in circuit court.

   Please tell us right away if you believe this notice was sent in error. If a mistake was made we will stop this action.

3. We will consider your current situation and ability to pay. If you enter into a written agreement:
   - We will not suspend your license as long as you pay as agreed.

   To enter into a written agreement contact us at:

   Child Support Program
   2127 Grand Blvd Ste 100
   Holiday FL 34690-4554

T    1 of 1








CS-EF55
Rule 12E-1.023
Florida Administrative Code
Effective 09/19/17

Child Support Program

Exibit 14

**FLORIDA**

## Notice of Intent to Suspend Driver License and Motor Vehicle Registration(s) for Nonpayment of Support

EDWARD LEE JUNOD
425 RICHFIELD BLVD
MATTYDALE NY 13211-1431

If your address has changed, provide new address here:

August 28, 2018

Child Support Case Number: 1248154223

Depository Number: 10003360DR51

1. Suspending your driver license. We plan to tell the Department of Highway Safety and Motor Vehicles to suspend your driver license and the registration of all motor vehicles you own because:
   - You are $2,454.00 behind in your support payments as of the date of this notice.
   - The support order we are enforcing requires you to pay $24.00 monthly.

2. You have 20 days from the date of this notice to:
   - Pay the amount you are behind in full and stay current in your payments;
   - Sign a written agreement to make payments on the amount you are behind;
   - Provide documentation that you:
     - Receive reemployment assistance or unemployment compensation;
     - Are disabled and incapable of supporting yourself;
     - Receive SSI (Supplemental Security Income) benefits;
     - Receive Social Security Disability Income benefits;
     - Receive temporary cash assistance;
     - Are paying support payments under a confirmed bankruptcy plan under Chapter 11, 12, or 13 of the United States Bankruptcy Code; or
     - Contest this action by filing a petition in circuit court.

   Please tell us right away if you believe this notice was sent in error. If a mistake was made we will stop this action.

3. We will consider your current situation and ability to pay. If you enter into a written agreement:
   - We will not suspend your license as long as you pay as agreed.

   To enter into a written agreement contact us at:

   Child Support Program
   2127 Grand Blvd Ste 100
   Holiday FL 34690-4554





020130566314011824010688474S

**RECEIVED**

**OCT 05 2018**

**ONONDAGA FAMILY COURT ADMINISTRATION**

DRL §77-d

Form UCCJEA-14
Affidavit Application for Registration of an
Custody or Visitation Order – UCCJEA
8/2002

FF# 54240
V-6782-18

FAMILY COURT OF THE STATE OF NEW YORK
COUNTY OF
...........................................................................

In the Matter Of The Registration Of An
Out-Of-State ☒Custody ☐ Visitation Order
Under the *Uniform Child Custody Jurisdiction
and Enforcement Act*

Angela Bareford     Petitioner,

against

Edward Junod     Respondent.

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF             )

AFFIDAVIT APPLICATION FOR
REGISTRATION OF AN
OUT-OF-STATE ☒ CUSTODY
☐ VISITATION ORDER– UCCJEA

**RECEIVED**

**OCT 05 2018**

**ONONDAGA FAMILY COURT
ADMINISTRATION**

1. I [specify name]: Angela Bareford     am the Petitioner in this application
to register the attached out-of-state order of [check applicable box(es)]: ☒custody ☐visitation,
that had been issued by [specify court, state or other jurisdiction and date]: Fifth Judicial
Circuit, In and For Marion County, Florida on 3/19/2018
2. The child(ren) who (is) (are) the subject of the attached order (is) (are):

| Name(s) | Date(s) of Birth |
|---|---|
| J. J. (Redacted) | 12006 |

3. I reside at [specify address or, if ordered to be kept confidential pursuant to
Domestic Relations Law §§76-h, 254 or Family Court Act §154-b, the name and address of the
agent designated for service of process and papers]: 5285 SE 38th Street
Ocala, FL 34480
4. The Respondent [specify name]: Edward Junod resides at [specify last-
known address or, if ordered to be kept confidential pursuant to Domestic Relations Law §§76-h,
254 or Family Court Act §154-b, the name and address of the agent designated for service of
process and papers]: 106 Catherine Street
N. Syracuse, New York 13212
5. The name(s) and address(es) of any person(s) who were awarded custody or visitation
in the order sought to be registered are as follows [specify]:[1]

| Name(s) | Relationship to Child(ren) | Address |
|---|---|---|
| Angela Bareford | Mother | 5285 SE 38TH Street Ocala, FL. 34480 |

[1] Do not include address if ordered to be kept confidential pursuant to Domestic Relations Law
§§76-h, 254 or Family Court Act §154-b. An application for address confidentiality, General Form 21,
available at www.courts.state.ny.us (Family Court forms), may be filed with this affidavit, if disclosure
would place the health or safety of a party or child unreasonably at risk.

6. To the best of my knowledge  and belief,  the attached order that I am seeking to register is in effect and  has not been stayed or modified.

7. a.  This order has been registered in the following other jurisdictions [specify]:
Ocala, Marion County, Florida

b. Registration of this order was denied in the following jurisdiction(s) [specify and indicate date]:

c. An application for registration of this order is pending in the following jurisdiction(s) [specify and indicate status of application]:

WHEREFORE, for the reasons stated above, I am requesting this Court to register the above-mentioned order in accordance with Section 77-d of the *Uniform Child Custody Jurisdiction and Enforcement Act* [Domestic Relations Art. 5-A].

Sworn to before me this
1st day of Oct 2018

(Deputy) Clerk of Court
Notary Public

Name

JULIA MELANIE SLAUGHTER
MY COMMISSION # FF190629
EXPIRES February 11, 2019
FloridaNotaryService.com

NOTICE:  Attach two copies of the order sought to be registered,  at least one of which is certified.  A sworn, notarized letter, containing the above information may be submitted instead of this affidavit.  A "child custody or visitation determination" eligible for registration under Domestic Relations Law §77-d includes a "judgment, decree, or other order of a court providing for the legal custody, physical custody, or visitation with respect to a child," including a "permanent, temporary, initial and modification order," but not including an order relating to child support or other monetary obligations. *See*  Domestic Relations Law §75-a (3). The order may have been entered in a "proceeding for divorce, separation, neglect, abuse, dependency, guardianship, paternity, termination of parental rights, and protection from domestic violence," but does not include a juvenile delinquency, person in need of supervision or contractual emancipation enforcement proceeding or a proceeding to enforce an out-of-state custody or visitation order . *See* Domestic Relations Law §75-a (4).

DRL §77-d                                                                                          UCCJEA-15 08/2002

## FAMILY COURT OF THE STATE OF NEW YORK
## COUNTY OF ONONDAGA

| | |
|---|---|
| In the Matter of the Application For Registration of An Out-Of-State Custody Or Visitation Order Pursuant to the *Uniform Child Custody Jurisdiction and Enforcement Act* | **File #:**   54240<br>**Docket #:**   V-06782-18 |

**Angela Bareford,**

                                        Petitioner,

         - against -

**Edward Junod,**

                                        Respondent.

**NOTICE OF REQUEST FOR
REGISTRATION OF AN
OUT-OF STATE CHILD
CUSTODY OR VISITATION
ORDER - UCCJEA**

To:    Edward Junod
       106 Catherine St.
       North Syracuse, NY 13212

Petitioner, Angela Bareford, has filed a request for registration in the State of New York of the attached Child Custody or Visitation Order, entered by Marion County Judicial Circuit court, State of Florida on March 7, 2018.

Once registered, an out-of-state custody or visitation order is enforced in the same manner as an order issued by the court in the State of New York.

You may contest this registration by filing an objection within twenty (20) days from the date this notice was mailed based solely upon one or more of the following three grounds:
1. The Court that issued the order did not have jurisdiction; or
2. The custody or visitation determination in the order seeking to be registered has been vacated, stayed or modified; or
3. Notice was not given to you before the Court issued the order sought to be registered.
If you do not file a timely objection to this registration, the attached custody or visitation order will be confirmed and registered by this Court and you cannot later contest the validity of the registration.

If you file a timely objection to this registration, the matter will be set down for a hearing. If you reside outside of the State of New York, you may apply to testify by telephone, audio-visual means or other electronic means by submitting an Electronic Testimony Application, Form UCCJEA-7 , not less than ten days before the above hearing date to: **Onondaga County Courthouse, 401 Montgomery St., Syracuse, NY 13202.**

                                        David M. Primo Esq., Clerk of the Court

This notice was mailed on: _11-8-18_

CC:    Angela Bareford, Petitioner

DRL §77-d                                                        UCCJEA-16 8/2002

**FAMILY COURT OF THE STATE OF NEW YORK**
**COUNTY OF ONONDAGA**

In the Matter of the Registration of an Out-of-State Custody    **File #:**    54240
or Visitation Order Pursuant to the *Uniform Child Custody*    **Docket #:**    V-06782-18
*Jurisdiction and Enforcement Act*

|  |  |  |
|---|---|---|
| **Angela Bareford,** |  | **OBJECTION TO THE** |
|  | Petitioner, | **REGISTRATION OF** |
| - against - |  | **OUT-OF-STATE CHILD** |
|  |  | **CUSTODY OR VISITATION** |
| **Edward Junod,** |  | **ORDER – UCCJEA** |
|  | Respondent. |  |

I, Edward Junod, object to the registration of the custody or visitation order submitted to this Court for registration by the Petitioner that names the following child:

Name                     <u>Date of Birth</u>

J.J. (Redc'bd)                  2006

In support of this objection, I allege the following:
- The court that issued the order did not have jurisdiction, because: .
- The custody or visitation order sought to be registered has been vacated, stayed or modified by a court having jurisdiction as follows: .
- I was entitled to notice before the custody or visitation order was made, but notice was not given according to the standards of Section 75-g of the New York State Domestic Relations Law.

**Dated:** November 8, 2018

                             **Edward Junod**
                             **106 Catherine St.**
                             **North Syracuse, NY 13212**

**CERTIFICATE OF MAILING**

I mailed this objection on [specify date]: _____

                                                 (Signature)



County of Onondaga

# Department of Children & Family Services

Child Welfare • Children's Mental Health • Juvenile Justice • Youth Bureau • School-based Initiatives

John H. Mulroy Civic Center
421 Montgomery Street, Syracuse, NY 13202

**J. Ryan McMahon II**
County Executive

www.ongov.net

**Richard Gasiorowski**
Commissioner

November 27, 2018

425 Richfield Blvd
Mattydale, New York 13211

Dear Mr. Junod:

Per our conversation on the phone today you are aware that the Onondaga County Family Court has requested that the Department of Children and Family Services conduct a Court Ordered Investigation to ensure the safety of your son. Your response to this information was to inform me you would not allow me in your home and to hang up on me.

While attempting to follow through with the Courts request, it would apepar your son is not enrolled in school at this time. It is my hope that a school district made a mistake and that your son, who has special needs, is indeed enrolled in a NYS approved educational program. I am requesting that you contact me with your son's school information prior to December 3, 2018. I can be reached at 315-435-2978. You are welcome to leave a voicemail with that information if you are unable to contact me during normal business hours. Should there be no response to this letter by December 3rd a child protective report will be called in with the state of New York and a full investigation will commence.

I thank you ahead of time for your anticipated cooperation with the Court Ordered Investigation.

Sincerely,

*435 2884*

*Sarah for RA*
*Frank marochi*
*435 8898*

Sara Fuller
Caseworker
DCFS

## Attendance Report

### 7/1/2018 Thru 6/30/2019

| Name | Date | YTD | Reason | Grade | Homeroom | Phone Number(s) |
|------|------|-----|--------|-------|----------|-----------------|
| **Absent** | | | | | | |
| J.J. (Redof'd | 11/28/18 | 28 | Absence - Unexcused | 7 | 138 | (315) 991-6264 (Mr. Edward Junod) |
| | 11/14/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/13/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/09/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/08/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/07/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/06/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/05/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/02/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/01/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/31/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/30/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/29/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/26/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/25/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/24/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/23/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/22/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/19/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/18/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/17/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/16/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/15/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/12/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/11/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/10/18 | 28 | Absence - Excused | 7 | 138 | |
| | 09/11/18 | 28 | Absence - Excused | 7 | 138 | |
| | 09/10/18 | 28 | Absence - Excused | 7 | 138 | |

Filing # 69564910 E-Filed 03/20/2018 07:45:32 PM

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT, IN AND
FOR MARION COUNTY, FLORIDA

Case No.: **42-2017-DR-001713-FC**
Division:  Family

**ANGELA BAREFORD,**

      Petitioner,

      and

**EDWARD JUNOD,**

      Respondent.

_____/

### FINAL JUDGMENT OF PATERNITY

      This cause came before the Court for hearing on March 7, 2018 upon a Petition to Determine Paternity and for Related Relief, under chapter 742, Florida Statutes. The Petitioner appeared with counsel and the Respondent failed to appear after having been properly noticed. The Court having reviewed the court file and heard testimony and received evidence, makes these findings of fact and reaches these conclusions of law:

1.     **Jurisdiction.** The Court has jurisdiction of the subject matter and the parties based upon the sworn Uniform Child Custody Jurisdiction Enforcement Act (UCCJEA) Affidavit filed in this case. No evidence has been introduced to challenge the UCCJEA. Additionally, no other action regarding the minor child is pending in any other jurisdiction other than Marion County, Florida. No Final Judgment of Paternity has been entered in any other jurisdiction. There is a pending Florida Department of Revenue action pending in Marion County, Florida in case number 2017-DR-1713 filed on behalf of the Respondent in this case.

2.     The Court has jurisdiction to determine parental responsibility and to adopt or establish a Parenting Plan with time-sharing with regards to the child.

3.     The Respondent was personally served with the Petition to Determine Paternity and Related Relief. The Respondent failed to file and answer and a default was entered by the Court on June 26, 2017 and again on December 22, 2017.

4.     Despite having failed to respond to the petition, the Court has noticed the Respondent at his last known address, the service of process address, the New York address as well as the address provided to the Department of Revenue. The Respondent has failed to respond in any way. The matter has been pending 328 days.

Electronically Filed Marion Case # 17DR001713AX 03/20/2018 07:45:32 PM

DAVID R ELLSPERMANN CLERK & COMPTROLLER MARION CO
CFN# 2018026336 BK 6734 Pgs 1445-1460 03/22/2018 08:10:20 AM
REC FEE INDEX

5. **Paternity.** The Court finds that on August 20, 2006, EDWARD JUNOD, voluntarily acknowledged paternity of the minor child listed below. The Petitioner testified that the Respondent is the biological father of the minor child. Based upon the voluntary acknowledgement and testimony of the Petitioner, the Court now finds EDWARD JUNOD is the natural, biological and legal father of the minor child, listed below:

**The parties' dependent or minor child is:**

Name                                              Birth date

J.J.(Redacted)                          ¹              l/2006

## SECTION I.    PARENTAL RESPONSIBILITY AND PARENTING PLAN ESTABLISHING TIME-SHARING WITH DEPENDENT OR MINOR CHILD

Pursuant to section 61.13(3), the Court has considered the following factors and makes the following findings of fact for the purpose of establishing parental responsibility and a parenting plan, including the time-sharing schedule, and to determine that this schedule is in the best interest of the minor child given the welfare and interests of the minor child and the circumstances of the family:

a.    *The demonstrated capacity and disposition of each parent to facilitate and encourage a close and continuing parent-child relationship, to honor the time-sharing schedule, and to be reasonable when changes are required.*

After residing in the State of Florida for the majority of the minor child's life, the Respondent/Father left the State of Florida on May 20, 2017. The Father left the State of Florida with the minor child after having been served with the Petition to Determine Paternity and Related Relief. Respondent/Father returned to the State of Florida in February of 2018 for one week. Respondent/Father has allowed no direct contact between the minor child and Petitioner/Mother since May of 2017. Respondent/Father has not provided the Petitioner/Mother with the name of the school the child is attending. Respondent/Father will not provide a current address for the location of the minor child to the Petitioner/Mother. Petitioner/Mother will encourage a parent/child relationship with the Father, while the Respondent/Father will not.

b.    *The anticipated division of parental responsibilities after the litigation, including the extent to which parental responsibilities will be delegated to third parties.*

Respondent/Father had primary parental responsibility because he left the State of

---

¹ Any reference to minor child as "Justis" is a scrivener's error.

Florida to the State of New York and he has not responded to this lawsuit. Respondent/Father was served with the Petition on April 28, 2017. Respondent/Father failed to reply to the Petition and an Order on Motion for Default was entered on June 26, 2017 and December 22, 2017. There was no evidence presented that the Father would or would not delegate parental responsibilities after the litigation. After litigation, the Petitioner/Mother would need some assistance with parental responsibilities to facilitate her ability to remain gainfully employed.

c.      *The demonstrated capacity and disposition of each parent to determine, consider, and act upon the needs of the child as opposed to the needs or desires of the parent.*

Petitioner/Mother has demonstrated the capacity to determine, consider and act upon the needs of the minor child and to provide for the minor child's needs. Petitioner/Mother is knowledgeable about the minor child's special needs, his diagnosis and treatments. At times, the Father/Respondent has cared for the minor child when the Petitioner/Mother was in inpatient treatment or incarcerated. However, the Father has not permitted the minor child to have contact with the Mother for approximately 10 months despite traveling to Florida on two occasions during this period.

d.      *The length of time the child has lived in a stable, satisfactory environment and the desirability of maintain continuity.*



Petitioner/Mother has resided in the same home since August of 2017 and in Ocala, Marion County, since 2012. The Mother lives in a home with a safe, fenced yard for the minor child to play outside. The minor child lived with Petitioner/Mother from 2012 until 2015 at the same address in Ocala, Florida. The minor child lived with the Father in 2015 when the Mother was incarcerated. The minor child has lived in New York since May of 2017 after Respondent/Father removed the minor child from the State of Florida without agreement of the parties or court permission.

e.      *The geographic viability of the parenting plan, with special attention paid to the needs of school-age children and the amount of time to be spent traveling to effectuate the parenting plan. This factor does not create a presumption for or against relocation of either parent with a child.*

Respondent/Father left for the State of New York on May 1, 2017 after he was served with the Petition and has been living in New York since that time. The Court has considered the fact that one of the minor child's parents lives in Marion County and the other parent lives in the State of New York in fashioning the attached parenting plan. The Court has considered the ability of the minor child to travel in a vehicle and on an airplane and special needs of the child and as well as his age of 11.

DAVID R ELLSPERMANN  MARION COUNTY FL
CFN# 2018026336 OR BK 6734 PG 1447 Pgs 1445-1460 03/22/2018 08:10:20 AM

f.      *The moral fitness of the parents.*

No evidence was presented as to this factor.

g.      *The mental and physical health of the parents.*

The Petitioner/Mother is mentally and physically healthy. There was no evidence presented regarding Respondent's/Father's mental or physical health.

h.      *The home, school, and community record of child.*

The minor child has been attending a special needs school in New York since May of 2017. There was no additional evidence presented regarding the minor child's school as the Mother has not been provided the information from the Father. The minor child's home record has previously been detailed. The minor child was previously treated by medical care providers, including occupational and speech therapy in Tampa, Florida and his Mother would ensure that the minor child attended these important appointments.

i.      The child is not of sufficient intelligence, understanding, and experience to express a preference nor did the Mother request the child to express a preference.

j.      *The demonstrated knowledge, capacity, and disposition of each parent to be informed of the circumstances of the minor child, including, but not limited to, the child's friends, teachers, medical care providers, daily activities, and favorite things.*

Petitioner/Mother took the minor child to Tampa for medical care, such as speech and occupational therapy. Currently, the Mother does not have access to the child's friends, teachers, daily activities, or favorite things. When the minor child lived with the Mother, the minor child enjoyed bike riding and playing outdoors and the Mother taught the child some sign language such as "I love you" and "Hi." The Mother is knowledgeable regarding the minor child's special needs which includes a previous hydrocephalus diagnosis, the implantation of a shunt in 2007, and pervasive developmental disorder.

k.      *The demonstrated capacity and disposition of each parent to provide a consistent routine for the child, such as discipline, and daily schedules for homework, meals and bedtime.*

Petitioner/Mother has the capacity to establish a consistent routine for school, meals, and bedtime. The Mother's work schedule would not interfere with a consistent routine for the minor child.

l.      *The demonstrated capacity of each parent to communicate with and keep the other parent informed of issues and activities regarding the minor child, and*

DAVID R ELLSPERMANN  MARION COUNTY FL
CFN# 2018026336 OR BK 6734  PG 1448 Pgs 1445-1460 03/22/2018 08:10:20 AM

*environment for the child which is free from substance abuse.*

Petitioner/Mother has previous history of pain medication abuse. She received residential inpatient treatment at the Phoenix House in Ocala, Florida in 2012. Petitioner/Mother has had no relapses concerning substance abused since her discharge from the program and maintains a sober lifestyle. The Mother has the capacity and disposition to maintain an environment for the child which is free from substance abuse.

r.      *The capacity and disposition of each parent to protect the child from the ongoing litigation as demonstrated by not discussing the litigation with the child, not sharing documents or electronic media relate to the litigation with the child, and refraining from disparaging comments about the other parent to the child.*

No evidence was presented as to this issue.

s.      *The developmental stages and needs of the child and the demonstrated capacity and disposition of each parent to meet the child's developmental needs.*

Petitioner/Mother testified the minor child, 11 years of age, was a developmentally delayed, nonverbal, autistic child. The child has been diagnosed with pervasive developmental disorder. The minor child has limited language ability. Minor child has and will continue to participate in speech therapy and occupational therapy. Minor child can verbalize "Hi" and "I love you." Hillcrest School in Ocala, Marion County, Florida will be able to provide educational and vocational opportunities for the minor child. Both parents have the capacity and disposition to meet the child's developmental needs.

t.      *Any other factor that is relevant to the determination of a specific parenting plan, including the time-sharing schedule.*

On May of 2017, Respondent/Father left Florida to travel to the State of New York and has not allowed any contact with the Petitioner/Mother. In February of 2018, the Respondent/Father traveled to the State of Florida for one week (February 16, 2018 until February 23, 2018) and did not allow the Petitioner/Mother any contact with the minor child. Respondent/Father has other children residing in the State of Florida as well as extended family. The minor child has a greater opportunity for a relationship with both parents with the minor child residing with the Mother.

IT IS ORDERED AND ADJUDGED:

**II:     Parental Responsibility and Parenting Plan for the Minor Child. Parenting Plan.** The parties shall have shared parental responsibility. The parties shall comply with the Parenting Plan which is attached hereto and incorporated herein. The parenting plan is in the best interests of the minor child.

## SECTION III.  CHILD SUPPORT

1.  **Child Support.** The Court finds that there is a pending Department of Revenue action in case number 2017-DR-1713. A hearing to determine child support is currently scheduled for March 27, 2018 at 8:00 a.m. This Court determines it is appropriate for child support to be determined in the Department of Revenue case.

2.  **IRS Income Tax Exemptions.** Mother shall have the benefit of any tax exemption for the child. The Mother is working and earning income and there was no evidence presented to the Court that the Father is employed and is paying income taxes. By awarding the Mother with the tax dependency exemption, greater income and support will be available to the minor child. The Father is reportedly living on the disability income of the minor child. Each party shall execute any and all IRS forms necessary to effectuate the provisions of this paragraph.

## SECTION IV.  TIME-SHARING

1.  As the minor child is finishing up the school year and removing the minor child now would be disruptive to his educational development, the minor child will remain with the Respondent/Father until school ends on June 26, 2018. Time-sharing will change after school ends. On June 27, 2018, the Petitioner/Mother will pick up the child from the Respondent/Father.

2.  Petitioner/Mother will have the minor child for the summer of 2018. Respondent/Father may have time-sharing with the minor child in the State of Florida in the month of the July of 2018 for one week. If the parties cannot agree on a week in July then, the time-sharing will be from July 15, 2018 until July 21, 2018. Respondent/Father will also have time-sharing with the minor child in the State of Florida in the month of August of 2018 for one week. If the parties cannot agree, the time-sharing will be from August 5, 2018 until August 11, 2018. Petitioner/Mother shall have the minor child for the remainder of the summer break as make up time-sharing for the timesharing the Mother has not enjoyed since May 2017. The above referenced summer time-sharing schedule ends once school begins in Marion County, Florida on August 13, 2018. The parties may agree upon additional timesharing for the Summer of 2018.

3.  After August 13, 2018, the parties are ordered to follow the attached parenting plan created by the Court. The parenting plan is in the best interests of the minor child.

4.  The Mother's address shall be used for the children's school purposes.

5. Any relocation of the child is subject to and must be sought in compliance with section 61.13001, Florida Statutes.

6. As the parties, live in two different states, New York and the State of Florida, the minor child named in this Final Judgment is scheduled to reside the majority of the time with the Mother. This majority designation is SOLELY for purposes of all other state and federal laws which require such a designation.

7. For health insurance purposes, the minor child is covered by Medicaid.

8. Both parties shall be entitled to communication with the minor child while the child is with the other parent at least once daily at any time. The communication can be via telephone, text, video chat, or other electronic means consistent with the minor child's needs and abilities.

## SECTION V. JURISDICTION

1. The Court reserves jurisdiction to modify and enforce this Final Judgment.

**DONE AND ORDERED** at Marion County, Ocala, Florida, on the 19 day of March, 2018.

JENNIFER BASS
Circuit Judge

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished using the Florida Court's E-Filing E-Portal, via U.S. Mail, and/or Electronic Mail in accordance with the corresponding addresses listed therein on this 19 day of March, 2018 to the following:

**EDWARD JUNOD**
c/o Michelle Sabene,

interrupted by the other parent. "Electronic communication" includes telephones, electronic mail or e-mail, webcams, video-conferencing equipment and software or other wired or wireless technologies or other means of communication to supplement face to face contact.

The child may have telephone, e-mail, and other electronic communication in the form of Face time and/or Skyping with the other parent daily at any time.

3. **Costs of Electronic Communication** shall be addressed as follows: each party shall be responsible for the cost of the party's own electronic communication with the other party or with the children.

## XII.  CHILD CARE

Each parent may select appropriate child care providers.

## XIII.  CHANGES OR MODIFICATIONS OF THE PARENTING PLAN

Temporary changes made be made informally without a written document. When the parties do not agree, this Parenting Plan remains in effect until further order of the court.

Any substantial changes to the Parenting Plan must be sought through the filing of a supplemental petition for modification.

## XIV.  RELOCATION

Any relocation of the child is subject to and must be sought in compliance with section 61.13001, Florida Statutes.

## XV.  DISPUTES OR CONFLICT RESOLUTION

Parents shall attempt to cooperatively resolve any disputes which may arise over the terms of the Parenting Plan. The parents may wish to use mediation or other dispute resolution methods and assistance, such as Parenting Coordinators and Parenting Counselors, before filing a court action.

The Court reserves jurisdiction to modify and enforce this Parenting Plan.

ORDERED ON March 19, 2018.

JENNIFER BASS
Circuit Judge



Child Support Program    $Exist$ 10    CS-IQ04
R. 02/15/17

**FLORIDA**

## We Are Closing Your Case

MR. EDWARD LEE JUNOD
4524 LANDOVER BLVD
SPRING HILL FL 34609-1823

If your address has changed, provide new address here:

April 10, 2017
Child Support Case Number: 2001102194
Other Parent: Angela Crystal Bareford

We will close your case on 06/09/2017 because we need your cooperation to proceed. You have not cooperated with us and we cannot take further action. You did not complete the parent information form and the financial affidavit sent to you with the notice of administrative action being taken to establish or modify a support obligation.

If you agree your case should be closed, do nothing.

If you believe your case should stay open call 1-800-622-KIDS (5437) or visit your local Child Support office within 60 days from the date of this notice.

If we close your case, you may ask us to reopen it. We will reopen the case if there is a change that could lead to establishment of paternity or establishment or enforcement of a child support order. To reopen the case you must complete a new application for services unless you are receiving temporary cash assistance, Medicaid or food assistance.



November 28, 2018

EDWARD L JUNOD
425 RICHFIELD BLVD
SYRACUSE, NY 13211-1431

Regarding reference number: J051518000897
Case name: EDWARD LEE JUNOD
Case number: 122656146

Enclosed is cashier's check number 6198405455 in the amount of 77.89, representing funds that were previously held in accordance with a(n) Notice of Freeze Child Support that was served on us (or our predecessor) on 05/14/2018.

## Questions?

If you have any questions, please call us at 213-580-0702. We're available Monday through Friday 9 a.m. to 5 p.m. local time. When contacting us regarding this notice, please use the reference number listed above.

Legal Order Processing

**Attendance Report**

**7/1/2018 Thru 6/30/2019**

| Name | Date | YTD | Reason | Grade | Homeroom | Phone Number(s) |
|---|---|---|---|---|---|---|
| Absent | | | | | | (315) 991-6264 (Mr. Edward Junod) |
| J.J. (Redd'd) | 11/28/18 | 28 | Absence - Unexcused | 7 | 138 | |
| | 11/14/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/13/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/09/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/08/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/07/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/06/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/05/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/02/18 | 28 | Absence - Excused | 7 | 138 | |
| | 11/01/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/31/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/30/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/29/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/26/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/25/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/24/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/23/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/22/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/19/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/18/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/17/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/16/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/15/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/12/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/11/18 | 28 | Absence - Excused | 7 | 138 | |
| | 10/10/18 | 28 | Absence - Excused | 7 | 138 | |
| | 09/11/18 | 28 | Absence - Excused | 7 | 138 | |
| | 09/10/18 | 28 | Absence - Excused | 7 | 138 | |

1



**TUFFY AUTO SERVICE CENTER #328**
**1280 COMMERCIAL WAY**
**MV # 99353**
**SPRING HILL,FL  34606**
**(352)587-2886**

PAGE   1

*Exibit 15*

| | |
|---|---|
| Customer ID: 0328001021 | |
| Name:        EDWARD JUNOD | |
| Address:     425 RICHFIELD BLVD | |
| Address 2: | |
| City,State,Zip/Postal Code:  SYRACUSE, NY, 13211 | |
| Home Phone: (315) 991-6264 | |
| Work Phone: () - | |
| Other Phone: () - | |
| Tax Exempt #: | |

| | |
|---|---|
| Year: | 03 |
| Make: | FORD |
| Model: | RANGER |
| Lic No: | CXZS26 |
| VIN: | |
| Color: | LT GRAY |
| Engine: | V6-182ci 3L FI |
| Mileage In: | 224631 |
| Mileage Out: | 224631 |

| | |
|---|---|
| Date/Time: | 10/15/18  12:36:56 |
| Estimate #: | 3565 |
| Invoice #: | 2043 |
| Key Tag: | |
| PO Number: | |
| Email Address: | na |
| Fleet/Wholesale: | N |
| Unit Number: | |

Service comments:

Salesperson: J. ZATARAIN

| Qty. | Part # | RFR Loc Description | Parts | Labor | Total |
|---|---|---|---|---|---|
| **DIAGNOSTIC** | | | | | |
| 1 | DIAG | DIAG 1/2 Hour | 0.00 | 55.00 | 55.00 |
| | | TOTAL DIAGNOSTIC:        55.00 | | | |

*** Customer Wishes To Discard Old Parts ***

These Parts And/Or Services Were Declined by the Customer:
| | | | | | |
|---|---|---|---|---|---|
| 1 | *50203 | DIRECT FIT CONVERTER | 755.29 | 175.00 | 930.29 |
| Total Declined Service Recommendations: | | | | | 930.29 |

All parts are new unless specified otherwise. Should you fail to pick up your vehicle within three (3) working days after notification of its completion, a storage rate of $15.00 per day will be charged.
I hereby authorize the above work to be done with the necessary materials. You and your employees may operate the above vehicle for purpose of testing, inspection or delivery at my risk. If there is a dispute over the final bill, I may bond the amount with my local clerk of the court, per FS559.917. Failure to bond/pay my bill may lead to implemetation of FS713.585 Lien Law. I understand that you will not be held responsible for loss or damage to the vehicle or articles left in the vehicle in case of fire, theft or any other cause beyond your control.
I ( ) do ( ) do not request the return of replaced parts.
X_____
**NO REFUNDS**
**DEPOSITS ARE NON REFUNDABLE**

| PAY | AMOUNT | | FEE | 3.30 | OUR WARRANTY |
|---|---|---|---|---|---|
| CASH | 62.09 | | PARTS TOTAL | 0.00 | UNLESS OTHERWISE |
| | | | SALES TAX | 3.79 | STATED Parts & Labor |
| TECH: 091502-0.00    J. ZATARAIN | | | LABOR TOTAL | 55.00 | 12 Month or 12,000 mile |
| | | | GRAND TOTAL | 62.09 | WARRANTY CLAIM |

OVER 25 MILES FROM
ORIGINAL FACILITY
CALL 866-365-9228
MY AUTO EXPERT
NATIONWIDE WARRANTY
SEE MANAGER FOR
DETAILS or TUFFY.COM

INVOICE   INVOICE   TUFFY AUTO SERVICE CENTER #328   INVOICE
CUSTOMER COPY



**County of Onondaga**

## Department of Children & Family Services

Child Welfare • Children's Mental Health • Juvenile Justice • Youth Bureau • School-based Initiatives

John H. Mulroy Civic Center
421 Montgomery Street, Syracuse, NY 13202

**J. Ryan McMahon II**
*County Executive*

**www.ongov.net**

**Richard Gasiorowski**
*Commissioner*

November 27, 2018

425 Richfield Blvd
Mattydale, New York 13211

Dear Mr. Junod:

Per our conversation on the phone today you are aware that the Onondaga County Family Court has requested that the Department of Children and Family Services conduct a Court Ordered Investigation to ensure the safety of your son. Your response to this information was to inform me you would not allow me in your home and to hang up on me.

While attempting to follow through with the Courts request, it would apepar your son is not enrolled in school at this time. It is my hope that a school district made a mistake and that your son, who has special needs, is indeed enrolled in a NYS approved educational program. I am requesting that you contact me with your son's school information prior to December 3, 2018. I can be reached at 315-435-2978. You are welcome to leave a voicemail with that information if you are unable to contact me during normal business hours. Should there be no response to this letter by December 3rd a child protective report will be called in with the state of New York and a full investigation will commence.

I thank you ahead of time for your anticipated cooperation with the Court Ordered Investigation.

Sincerely,

Sara Fuller
Caseworker
DCFS

*435 2884*

*Sarah fo RA*
*Frank marochi*
*435 8848*

# Atlantic Bayside LLC

202 Lawdon Street
Syracuse, New York 13212-2023
315-436-0500 voice

## 30 DAY EVICTION NOTICE

November 28, 2018

Edward L. Junod
425 Richfield Blvd.
Syracuse, NY 13211

David A. Griffith
106 Catherine St.
Syracuse, NY 13212

Dear Edward and David:

This is to serve formal notice that you have 30 days to vacate the property located at 425 Richfield Blvd., Syracuse, NY 13211.  You must vacate the property no later than December 31, 2018.

A legal action has been started to facilitate an eviction and we intend to prosecute to the fullest extent of the law.  However, this action can be halted by you vacating the property on or before November 30, 2018.

Very truly yours,

Steven Essig
Manager

# OCMBOCES

The purpose of this report card is to communicate student
learning and show progress toward learning goals.

Marking Period MP 1

Grade Level: 7                                    Academic Year: 2018-2019

**Student Name:** J. J. (Redacted).

**Student Number:** 698004738

**Teacher:** Ms. Johnston

**Home District:** North Syracuse

**Program** OCM Stellata - Crown Road

**Principal** David Gaffey

**Address** 4500 Crown Road
Liverpool, N.Y. 13090

**Telephone** 315-453-4469

| Attendance | 1 | 2 | 3 | 4 |
|------------|---|---|---|---|
| Absent | 21 | | | |

Case 5:18-cv-01424-DNH-ATB   Document 1   Filed 12/10/18   Page 89 of 93

## Academic Key

| | |
|---|---|
| M | Modified |
| N/A | Not Assessed at this time |
| 1 | Not Yet Meeting Standard |
| 2 | Approaching Standard |
| 3 | Meeting Standard |
| 4 | Exceeding Standard |

## Learning Behaviors Key

| | |
|---|---|
| R | Rarely |
| S | Sometimes |
| F | Frequently |
| CI | Consistently or Independently |

### ELA Reporting Standards Comments

**Quarter 1 Comments**

**Ms. Johnston**

Justus is doing great with the Reading Rocks Program. By the end of each week, he is able to identify the designated word(s), complete word puzzles, build words, read 3 word sentences, answer questions and complete various hands on activity sheets with adult support and prompting. He has learned the words red, yellow, and 3-4 sight words prior to his absence this quarter.

**Quarter 2 Comments**

**Quarter 3 Comments**

**Quarter 4 Comments**

| ELA Reporting Standards | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **Literature:** | | | | |
| Analyze text to identify where information is explicitly stated and where inferences must be drawn. | 1 | | | |
| Identify details in a text that are related to the theme or central idea | 1 | | | |
| Identify how two or more story elements are related | 1 | | | |
| **Informational:** | | | | |
| Determine how a fact, step, or event fits into the overall structure of the text. | 1 | | | |
| Analyze text to identify where information is explicitly stated and where inferences must be drawn. | 1 | | | |
| Determine two or more central ideas in a text. | 1 | | | |
| **Writing:** | | | | |
| Introduce a topic and write to convey ideas and information about it including visual, factual, or multimedia information as appropriate. | 1 | | | |
| Provide a fact, detail, or other information related to the topic. | 1 | | | |
| Select domain-specific vocabulary to use in writing about the topic. | N/A | | | |
| Plan before writing and revising. | 1 | | | |
| **Speaking and Listening:** | | | | |
| Remain on the topic of discussion when contributing to a discussion. | 1 | | | |
| Identify details related to the main idea of a text presented orally or through other media. | 1 | | | |
| Create and present a product to share information about a topic. | 1 | | | |
| **Language:** | | | | |
| Use language to achieve desired outcomes when communicating. | 1 | | | |
| Use correct punctuation when writing sentences and questions. | 1 | | | |

| Math Reporting Standards | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **Geometry:** | | | | |
| Determines the perimeter of a rectangle by adding the measures of the sides. | N/A | | | |
| Matches two similar geometric shapes that are proportional in size and in the same orientation. | N/A | | | |
| **Ratio and Proportion:** | | | | |
| Uses a ratio to model or describe a relationship. | N/A | | | |
| **The Number System:** | | | | |
| Adds fractions with like denominators (halves, thirds, fourths, and tenths) with sums less than or equal to one. | 1 | | | |
| **Expressions and Equations:** | | | | |
| Uses the concept of equality with models to solve one-step addition equations. | 1 | | | |
| Uses the concept of equality with models to solve one-step subtraction equations. | 1 | | | |
| **Statistics and Probability:** | | | | |
| Answers a question related to collected data. | N/A | | | |

## Math Reporting Standards:

| |
|---|
| Quarter 1 Comments |
| **Ms. Johnston** |
| Justus has made some progress this marking period. He is able to participate in small group. Justus is working on recognizing and identifying numbers 1-10. He struggles to be able to compare numbers to 5 at this time. Justus knows his basic shapes. We will continue to work on mastering these basic skills before introducing addition. |
| Quarter 2 Comments |
| Quarter 3 Comments |
| Quarter 4 Comments |

Case 5:18-cv-01424-DNH-ATB Document 1 Filed 12/10/18 Page 91 of 93

| Learner Behaviors: | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **Work Habits** | | | | |
| Applies Skill taught during activities | S | | | |
| Transitions between Activities | F | | | |
| Follows directions and completes tasks in class. | F | | | |
| Persists with tasks to achieve quality work. | F | | | |
| Appropriately seeks assistance when needed. | F | | | |
| **Participation** | | | | |
| Contributes positively to class and group activities and discussions | S | | | |
| Accepts responsibilities within the class and group. | R | | | |
| Listens and works without interrupting others. | F | | | |
| Engages willingly in activities and tasks. | F | | | |
| **Cooperation with Others** | | | | |
| Follows school and classroom rules. | F | | | |
| Respects the opinions and property of others. | F | | | |
| Works and interacts appropriately with others. | F | | | |
| Accesses coping strategies when frustrated | S | | | |

| Daily Living Skills and Career Development | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **Career Development:** | | | | |
| Continues development of a career plan. | R | | | |
| Connects personal interests, skills, and abilities to a career path. | R | | | |
| **Integrated Learning:** | | | | |
| Connects academic knowledge and skills to work related situations. | R | | | |
| Solves problems that call for applying academic knowledge and skills. | R | | | |
| **Universal Foundation Skills:** | | | | |
| Applies learned knowledge in new situations. | S | | | |
| Selects and uses appropriate technology to communicate information. | R | | | |

Quarter 1 Comments
**Dwyer**
Justus does best with clear expectations and directions in APE.

**Ms. Johnston**
Justus made great progress the first four weeks of school when he was with us! He was very helpful to his friends and staff. For example, Justus would help clean up peers' things or even help a staff member who dropped things on the floor. He needs to continue to work on recognizing when he does need a break by using coping strategies with adult support. We will continue to work on using appropriate strategies when frustrated to help Justus build his toolbox!

**O'Hara**
Justus is a pleasure to have in class.

Quarter 2 Comments

| Quarter 3 Comments | Quarter 4 Comments |
| --- | --- |
| | |



**North Syracuse Central School District**

Annette Speach
Superintendent of Schools
www.nscsd.org

Executive Director for Data,
Accountability
And School Improvement
Donna Marie Norton
*5355 West Taft Road*
*North Syracuse, NY 13212*
dnorton@nscsd.org  *(315) 218-2121*

December 3, 2018

To Whom It May Concern:

J.J. (Red H) : (DOB    /2006) has been enrolled as a student within the North Syracuse Central School District for the following dates; from 1/27/2015 to 6/30/2016 and again from 7/1/2017 to Current. Our records indicate, Justus resides with his father, Edward Junod.  The addresses of residence on file are, 106 Catherine St. in North Syracuse and 425 Richfield Blvd. in Mattydale.

Sincerely,

**Donna Marie Norton**
*Executive Director for Data,*
*Accountability & School Improvement*